AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

STATE OF LOUISIANA, et al. )
    Plaintiff )
      v. ) Civil Action No. 3:24–CV–00563–TAD–KDM
  ) Judge Terry A Doughty
U S DEPT OF EDUCATION, et al. )
    Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501–6832**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Tracy L Short**
        **LA Atty General's Office (BR)**
        **1885 N Third St**
        **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/29/2024__                __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24–CV–00563–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U.S. ATTORNEY WESTERN DISTRICT OF LOUISIANA 800 LAFAYETTE ST., STE: 2200 LAFAYETTE, LA 70501–6832** was received by me on *(date)*_____.

- I personally served the summons on **U.S. ATTORNEY WESTERN DISTRICT OF LOUISIANA 800 LAFAYETTE ST., STE: 2200 LAFAYETTE, LA 70501–6832** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                       _____
                                                                *Server's signature*

                                                                _____
                                                                *Printed name and title*

                                                                _____
                                                                *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

STATE OF LOUISIANA, et al. )
    Plaintiff )
        v. ) Civil Action No. 3:24–CV–00563–TAD–KDM
           ) Judge Terry A Doughty
U S DEPT OF EDUCATION , et al. )
    Defendant )

**SUMMONS IN A CIVIL ACTION**

To:
**ATTN: CIVIL PROCESS CLERK
U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530–0001**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Tracy L Short
> LA Atty General's Office (BR)
> 1885 N Third St
> Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/29/2024                                                                                             /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24–CV–00563–TAD–KDM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**
was received by me on *(date)*_____.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
  **U.S. ATTORNEY GENERAL**
  **950 PENNSYLVANIA AVENUE, N.W.**
  **WASHINGTON, D.C. 20530–0001**
  at *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                *Server's signature*

                                  _____
                                                *Printed name and title*

                                  _____
                                                *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff<br>v.<br>U S DEPT OF EDUCATION , et al.<br>Defendant | )<br>)<br>) Civil Action No. 3:24–CV–00563–TAD–KDM<br>) Judge Terry A Doughty<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Education**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Tracy L Short**
> **LA Atty General's Office (BR)**
> **1885 N Third St**
> **Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/29/2024__                                                                 __/s/ – Daniel J. McCoy__

3:24–CV–00563–TAD–KDM
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Education** was received by me on *(date)*_____.

- I personally served the summons on **U S Dept of Education** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                                                *Server's signature*

                                                                        _____
                                                                                *Printed name and title*

                                                                        _____
                                                                                *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>*Plaintiff* | )<br>) |
| v. | ) Civil Action No. 3:24–CV–00563–TAD–KDM<br>) Judge Terry A Doughty |
| U S DEPT OF EDUCATION, et al.<br>*Defendant* | )<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**Miguel Cardona**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Tracy L Short**
> **LA Atty General's Office (BR)**
> **1885 N Third St**
> **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/29/2024__      __/s/ – Daniel J. McCoy__

3:24–CV–00563–TAD–KDM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Miguel Cardona** was received by me on *(date)*_____.

- I personally served the summons on **Miguel Cardona** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                                                   *Server's signature*

                                                                   _____
                                                                   *Printed name and title*

                                                                   _____
                                                                   *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

STATE OF LOUISIANA, et al. )
    Plaintiff )
        v. ) Civil Action No. 3:24–CV–00563–TAD–KDM
          ) Judge Terry A Doughty
U S DEPT OF EDUCATION , et al. )
    Defendant )

### SUMMONS IN A CIVIL ACTION

To:
**Office for Civil Rights**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Tracy L Short**
> **LA Atty General's Office (BR)**
> **1885 N Third St**
> **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/29/2024__

__/s/ – Daniel J. McCoy__

3:24–CV–00563–TAD–KDM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Office for Civil Rights** was received by me on *(date)*_____.

- I personally served the summons on **Office for Civil Rights** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff<br>v.<br>U S DEPT OF EDUCATION , et al.<br>Defendant | )<br>)<br>) Civil Action No. 3:24–CV–00563–TAD–KDM<br>) Judge Terry A Doughty<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**Catherine Lhamon**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Tracy L Short**
        **LA Atty General's Office (BR)**
        **1885 N Third St**
        **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/29/2024__                                               __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24–CV–00563–TAD–KDM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Catherine Lhamon** was received by me on *(date)*_____.

- I personally served the summons on **Catherine Lhamon** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                                                   *Server's signature*

                                                 _____
                                                       *Printed name and title*

                                                 _____
                                                          *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |
|---|---|
| STATE OF LOUISIANA, et al.<br>Plaintiff<br>v.<br>U S DEPT OF EDUCATION , et al.<br>Defendant | )<br>)<br>) Civil Action No. 3:24–CV–00563–TAD–KDM<br>) Judge Terry A Doughty<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Justice**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Tracy L Short**
**LA Atty General's Office (BR)**
**1885 N Third St**
**Baton Rouge, LA 70802**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/29/2024

 /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24–CV–00563–TAD–KDM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Justice** was received by me on *(date)*_____.

- I personally served the summons on **U S Dept of Justice** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____   _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

STATE OF LOUISIANA, et al. )
    Plaintiff )
      v. ) Civil Action No. 3:24–CV–00563–TAD–KDM
       ) Judge Terry A Doughty
U S DEPT OF EDUCATION, et al. )
    Defendant )

**SUMMONS IN A CIVIL ACTION**

To:
**Merrick B Garland**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Tracy L Short**
> **LA Atty General's Office (BR)**
> **1885 N Third St**
> **Baton Rouge, LA 70802**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __4/29/2024__            __/s/ – Daniel J. McCoy__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24–CV–00563–TAD–KDM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Merrick B Garland** was received by me on *(date)*_____.

- I personally served the summons on **Merrick B Garland** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                                                    *Server's signature*

                                                              _____
                                                                    *Printed name and title*

                                                              _____
                                                                         *Server's address*

Additional information regarding attemped service, etc: