(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, Elizabeth B. Murrill, et al. <br> Plaintiffs | Case No.   3:24-cv-00563 |
| VS. <br> U.S. DEPARTMENT OF EDUCATION, et al. <br> Defendants | Chief Judge   Terry A. Doughty <br> Magistrate Judge   Kayla D. McClusky |

**ORDER**

IT IS ORDERED that <u>Autumn Hamit Patterson</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>The State Louisiana, by and through its Attorney General, Elizabeth B. Murrill</u> in the above described action.

SO ORDERED on this, the  30th  day of  April , 20 24  .

_____
U.S. Magistrate Judge