(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, Elizabeth B. Murrill, et al.<br>Plaintiffs | Case No.   3:24-cv-00563 |
| VS.<br>U.S. DEPARTMENT OF EDUCATION, et al.<br>Defendants | Chief Judge    Terry A. Doughty<br>Magistrate Judge   Kayla D. McClusky |

**ORDER**

IT IS ORDERED that Martha Angelique Astor be and is hereby admitted to the bar of this Court pro hac vice on behalf of The State of Louisiana, et al., in the above described action.

SO ORDERED on this, the 2nd day of May, 2024.

_____
U.S. Magistrate Judge