*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, Elizabeth B. Murrill, et al.<br>Plaintiffs | Case No.   3:24-cv-00563 |
| VS.<br>U.S. DEPARTMENT OF EDUCATION, et al.<br>Defendants | Chief Judge   Terry A. Doughty<br>Magistrate Judge   Kayla D. McClusky |

**ORDER**

IT IS ORDERED that Scott G. Stewart be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Mississippi, by and through its Attorney General, Lynn Fitch, in the above-described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge