**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| The State of LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill; et al., | Civil Action No. 3:24-CV-00563-TAD-KDM |
| PLAINTIFFS, | Chief Judge Terry A. Doughty |
| v. | Magistrate Judge Kayla D. McClusky |
| U.S. DEPARTMENT OF EDUCATION; et al., | |
| DEFENDANTS. | |

**[PROPOSED] ORDER GRANTING MOTION FOR A POSTPONEMENT OR STAY UNDER 5 U.S.C. § 705**

For the reasons set forth in the Memorandum Opinion,

**IT IS ORDERED** that the Plaintiffs' Motion for a Postponement or Stay under 5 U.S.C. § 705 [Doc. No. __] is **GRANTED**.

**IT IS THEREFORE ORDERED** that the effective date of the final rule titled *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024) (to be codified at 34 C.F.R. pt. 106), described in the accompanying opinion is **POSTPONED** pending judicial review.

**IT IS FURTHER ORDERED** that this Order shall become effective immediately and shall remain in effect, pending the final resolution of this case or until further orders of this Court, the United States Court of Appeals for the Fifth Circuit, or the United States Supreme Court.

**THUS DONE AND SIGNED** in Chambers on this ___ day of _____, 2024.

_____
**HONORABLE CHIEF JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**