Exhibit 13

# Search for Public School Districts

**CCD** Common Core of Data

**District Directory Information** (2022-2023 school year)

Modify Search  Data Notes/Grant IDs  Help

| | | |
|---|---|---|
| **District Name:**<br>Acadia Parish<br>schools for this district | **NCES District ID:**<br>2200030 | **State District ID:**<br>LA-001 |
| **Mailing Address:**<br>P.O. Drawer 309<br>Crowley, LA 70527-0309 | **Physical Address:**<br>2402 North Parkerson Avenue<br>Crowley, LA 70526-2015 | **Phone:**<br>(337)783-3664 |
| **Type:**<br>Regular local school district | **Status:**<br>Open | **Total Schools:**<br>27 |
| **Supervisory Union #:**<br>N/A | **Grade Span:** (grades PK - 12)<br>PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |
| | **District Demographics:**<br>School District Demographic Dashboard | |

## District Details (2022-2023 school year; Fiscal data from 2020-2021)

### Characteristics  Show Less

**County:** Acadia Parish  
**County ID:** 22001

**Locale:** Rural: Distant (42)  
**CSA/CBSA:** 29180  

| | |
|---|---|
| **Total Students:** | 9,601 |
| **Classroom Teachers (FTE):** | 526.22 |
| **Student/Teacher Ratio:** | 18.25 |

### Staff



**Teachers** (FTE)

| | |
|---|---|
| **Total:** | 526.22 |
| Prekindergarten: | 18.33 |
| Kindergarten: | 31.83 |
| Elementary: | 318.50 |
| Secondary: | 157.56 |
| Ungraded: | † |

**Total Staff** (FTE): 1,109.06

**Other Staff** (FTE)

| | |
|---|---|
| **Total:** | 582.84 |
| Instructional Aides: | 178.12 |
| Instruc. Coordinators & Supervisors: | 18.17 |
| Total Guidance Counselors: | 27.00 |
|   Elementary Guidance Counselors: | 0.00 |
|   Secondary Guidance Counselors: | 0.00 |
| School Psychologists: | 2.00 |
| Librarians/Media Specialists: | 20.00 |
| Library/Media Support: | 0.00 |
| District Administrators: | 0.00 |
| District Administrative Support: | 1.00 |
| School Administrators: | 53.33 |
| School Administrative Support: | 47.70 |
| Student Support Services (w/o Psychology): | 35.76 |
| Other Support Services: | 199.76 |

### Fiscal

| | Amount | Amount per Student | Percent |
|---|---:|---:|---:|
| **Total Revenue:** | $120,997,000 | $12,600 | |
|   **Revenue by Source** | | | |
|     Federal: | $30,963,000 | $3,224 | 26% |
|     Local: | $33,237,000 | $3,461 | 27% |
|     State: | $56,797,000 | $5,915 | 47% |
| **Total Expenditures:** | $113,539,000 | $11,823 | |
|   **Total Current Expenditures:** | $108,518,000 | $11,300 | |
|     Instructional Expenditures: | $64,947,000 | $6,763 | 60% |
|     Student and Staff Support: | $12,543,000 | $1,306 | 12% |
|     Administration: | $9,293,000 | $968 | 9% |
|     Operations, Food Service, other: | $21,735,000 | $2,263 | 20% |
|   **Total Capital Outlay:** | $4,087,000 | $426 | |
|     Construction: | $2,651,000 | $276 | |
| **Total Non El-Sec Education & Other:** | $301,000 | $31 | |
| **Interest on Debt:** | $75,000 | $8 | |

Note: Details do not add to totals due to rounding.  
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

**National Center for Education Statistics**




IES · NCES  **National Center for Education Statistics**   ☰ MENU                              Search    Go

## Search for Public School Districts — CCD Common Core of Data

**District Directory Information** (2022-2023 school year)                    Modify Search    Data Notes/Grant IDs    Help

| | | |
|---|---|---|
| **District Name:** Allen Parish  schools for this district | **NCES District ID:** 2200060 | **State District ID:** LA-002 |
| **Mailing Address:** P O Drawer C  Oberlin, LA 70655 | **Physical Address:** 1111 West 7th Avenue  Oberlin, LA 70655 | **Phone:** (337)639-4311 |
| **Type:** Regular local school district | **Status:** Open | **Total Schools:** 11 |
| **Supervisory Union #:** N/A | **Grade Span:** (grades PK - 12)  PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |
| | **District Demographics:**  School District Demographic Dashboard | |

**District Details** (2022-2023 school year; Fiscal data from 2020-2021)     Characteristics  Staff  Fiscal                         Show All

| | Amount | Amount per Student | Percent |
|---|---:|---:|---:|
| **Total Revenue:** | $62,039,000 | $14,982 | |
| **Revenue by Source** | | | |
| Federal: | $6,041,000 | $1,459 | 10% |
| Local: | $25,574,000 | $6,176 | 41% |
| State: | $30,424,000 | $7,347 | 49% |
| **Total Expenditures:** | $62,619,000 | $15,122 | |
| **Total Current Expenditures:** | $54,730,000 | $13,217 | |
| Instructional Expenditures: | $30,384,000 | $7,337 | 56% |
| Student and Staff Support: | $5,044,000 | $1,218 | 9% |
| Administration: | $5,111,000 | $1,234 | 9% |
| Operations, Food Service, other: | $14,191,000 | $3,427 | 26% |
| **Total Capital Outlay:** | $6,757,000 | $1,632 | |
| Construction: | $6,606,000 | $1,595 | |
| **Total Non El-Sec Education & Other:** | $29,000 | $7 | |
| **Interest on Debt:** | $796,000 | $192 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

---

**National Center for Education Statistics**
Office of Educational Research & Improvement, U.S. Dept. of Education
*1990 K Street, NW, Washington, DC 20006, USA, Phone: (202) 502-7300*



IES · NCES  **National Center for Education Statistics**

**Explore the Institute of Education Sciences**

| IES | IES Centers | IES Policies and Standards | Additional Resources |
|---|---|---|---|
| Home | NCEE | ED Data Inventory | ERIC |
| About | NCER | IES Diversity Statement | Sitemap |
| Publications | NCES | NCES Statistical Standards | Organizational Chart |
| Data |   Home | Peer Review Process | |
| Funding |   About | Privacy and Security Policies | |
| News |   Programs | Public Access Policy | |
| |   Publications | | |
| |   Data | **Contact Us** | |
| |   Data Training | | |
| |   School Search | **U.S. Department of Education** | |
| |   News | | |
| |   Kids' Zone | | |
| | NCSER | | |

# Search for Public School Districts

**District Directory Information** (2022-2023 school year)

*Modify Search   Data Notes/Grant IDs   Help*

| | | |
|---|---|---|
| **District Name:** Bossier Parish  schools for this district | **NCES District ID:** 2200270 | **State District ID:** LA-008 |
| **Mailing Address:** P.O. Box 2000  Benton, LA 71006-8351 | **Physical Address:** 316 Sibley Street  Benton, LA 71006-8351 | **Phone:** (318)549-5000 |
| **Type:** Regular local school district | **Status:** Open | **Total Schools:** 34 |
| **Supervisory Union #:** N/A | **Grade Span:** (grades PK - 12)  PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |
| | **District Demographics:**  School District Demographic Dashboard | |

## District Details (2022-2023 school year; Fiscal data from 2020-2021)

**Characteristics**   *Show Less*

| | |
|---|---|
| **County:** Bossier Parish | **County ID:** 22015 |
| **Locale:** City: Small (13)  **CSA/CBSA:** 43340 | **Total Students:** 23,918  **Classroom Teachers (FTE):** 1,309.34  **Student/Teacher Ratio:** 18.27 |

### Staff



**Average Total Teachers (FTE)** — District: 1,309.34 | State: 211.91 | National: 178.03

**Teachers** (FTE)
| | |
|---|---:|
| **Total:** | 1,309.34 |
| Prekindergarten: | 6.00 |
| Kindergarten: | 92.65 |
| Elementary: | 830.12 |
| Secondary: | 380.57 |
| Ungraded: | † |

**Total Staff** (FTE): 2,594.93

**Other Staff** (FTE)
| | |
|---|---:|
| **Total:** | 1,285.59 |
| Instructional Aides: | 308.64 |
| Instruc. Coordinators & Supervisors: | 35.48 |
| Total Guidance Counselors: | 60.33 |
| Elementary Guidance Counselors: | 0.00 |
| Secondary Guidance Counselors: | 0.00 |
| School Psychologists: | 0.50 |
| Librarians/Media Specialists: | 37.00 |
| Library/Media Support: | 28.12 |
| District Administrators: | 0.00 |
| District Administrative Support: | 0.25 |
| School Administrators: | 81.84 |
| School Administrative Support: | 76.58 |
| Student Support Services (w/o Psychology): | 69.60 |
| Other Support Services: | 587.25 |

### Fiscal

| | Amount | Amount per Student | Percent |
|---|---:|---:|---:|
| **Total Revenue:** | $309,060,000 | $13,778 | |
| Revenue by Source | | | |
| Federal: | $31,098,000 | $1,386 | 10% |
| Local: | $139,524,000 | $6,220 | 45% |
| State: | $138,438,000 | $6,172 | 45% |
| **Total Expenditures:** | $294,042,000 | $13,109 | |
| Total Current Expenditures: | $272,813,000 | $12,162 | |
| Instructional Expenditures: | $160,077,000 | $7,136 | 59% |
| Student and Staff Support: | $35,320,000 | $1,575 | 13% |
| Administration: | $25,706,000 | $1,146 | 9% |
| Operations, Food Service, other: | $51,710,000 | $2,305 | 19% |
| Total Capital Outlay: | $14,321,000 | $638 | |
| Construction: | $8,780,000 | $391 | |
| Total Non El-Sec Education & Other: | $87,000 | $4 | |
| **Interest on Debt:** | $6,236,000 | $278 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

**National Center for Education Statistics**



# Search for Public School Districts

**District Directory Information** (2022-2023 school year)

| | | |
|---|---|---|
| **District Name:** Caddo Parish [schools for this district] | **NCES District ID:** 2200300 | **State District ID:** LA-009 |
| **Mailing Address:** P.O. Box 32000, Shreveport, LA 71130-2000 | **Physical Address:** 1961 Midway Street, Shreveport, LA 71108-2201 | **Phone:** (318)603-7106 |
| **Type:** Regular local school district | **Status:** Open | **Total Schools:** 59 |
| **Supervisory Union #:** N/A | **Grade Span:** (grades PK - 12) PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |

**District Demographics:** School District Demographic Dashboard

## District Details (2022-2023 school year; Fiscal data from 2020-2021)

### Characteristics
- **County:** Caddo Parish
- **County ID:** 22017
- **Locale:** City: Midsize (12)
- **CSA/CBSA:** 43340
- **Total Students:** 36,147
- **Classroom Teachers (FTE):** 1,806.66
- **Student/Teacher Ratio:** 20.01

### Staff

**Teachers (FTE)**
| | |
|---|---|
| Total: | 1,806.66 |
| Prekindergarten: | 18.50 |
| Kindergarten: | 89.69 |
| Elementary: | 1,118.33 |
| Secondary: | 580.14 |
| Ungraded: | † |

**Total Staff (FTE):** 3,546.12

**Other Staff (FTE)**
| | |
|---|---|
| Total: | 1,739.46 |
| Instructional Aides: | 630.61 |
| Instruc. Coordinators & Supervisors: | 61.37 |
| Total Guidance Counselors: | 96.26 |
| Elementary Guidance Counselors: | 0.00 |
| Secondary Guidance Counselors: | 0.00 |
| School Psychologists: | 0.00 |
| Librarians/Media Specialists: | 50.33 |
| Library/Media Support: | 14.37 |
| District Administrators: | 0.00 |
| District Administrative Support: | 2.02 |
| School Administrators: | 127.42 |
| School Administrative Support: | 158.51 |
| Student Support Services (w/o Psychology): | 87.64 |
| Other Support Services: | 510.93 |

### Fiscal

| | Amount | Amount per Student | Percent |
|---|---|---|---|
| **Total Revenue:** | $545,379,000 | $15,085 | |
| **Revenue by Source** | | | |
| Federal: | $78,513,000 | $2,172 | 14% |
| Local: | $256,648,000 | $7,099 | 47% |
| State: | $210,218,000 | $5,815 | 39% |
| **Total Expenditures:** | $506,696,000 | $14,015 | |
| **Total Current Expenditures:** | $465,300,000 | $12,870 | |
| Instructional Expenditures: | $267,031,000 | $7,386 | 57% |
| Student and Staff Support: | $64,069,000 | $1,772 | 14% |
| Administration: | $48,805,000 | $1,350 | 10% |
| Operations, Food Service, other: | $85,395,000 | $2,362 | 18% |
| **Total Capital Outlay:** | $29,105,000 | $805 | |
| Construction: | $23,868,000 | $660 | |
| **Total Non El-Sec Education & Other:** | $554,000 | $15 | |
| **Interest on Debt:** | $5,773,000 | $160 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

## NOTES
- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

National Center for Education Statistics

IES NCES National Center for Education Statistics ☰ MENU  Search  Go

# Search for Public School Districts

**District Directory Information**  Modify Search   Data Notes/Grant IDs   Help
(2022-2023 school year)

**District Name:** Caldwell Parish
schools for this district

**NCES District ID:** 2200360

**State District ID:** LA-011

**Mailing Address:**
P.O. Box 1019
Columbia, LA 71418-1019

**Physical Address:**
7112 Hwy 165
Columbia, LA 71418-0001

**Phone:** (318)649-2689

**Type:** Regular local school district

**Status:** Open

**Total Schools:** 5

**Supervisory Union #:** N/A

**Grade Span:** (grades KG - 12)
KG 1 2 3 4 5 6 7 8 9 10 11 12

**District Demographics:**
School District Demographic Dashboard

## District Details (2022-2023 school year; Fiscal data from 2020-2021)
Characteristics   Staff   Fiscal                                                    Show All

| | Amount | Amount per Student | Percent |
|---|---|---|---|
| **Total Revenue:** | $24,649,000 | $17,082 | |
| **Revenue by Source** | | | |
| Federal: | $5,319,000 | $3,686 | 22% |
| Local: | $6,832,000 | $4,735 | 28% |
| State: | $12,498,000 | $8,661 | 51% |
| **Total Expenditures:** | $24,002,000 | $16,633 | |
| **Total Current Expenditures:** | $23,675,000 | $16,407 | |
| Instructional Expenditures: | $13,348,000 | $9,250 | 56% |
| Student and Staff Support: | $3,625,000 | $2,512 | 15% |
| Administration: | $2,400,000 | $1,663 | 10% |
| Operations, Food Service, other: | $4,302,000 | $2,981 | 18% |
| **Total Capital Outlay:** | $111,000 | $77 | |
| Construction: | $0 | $0 | |
| **Total Non El-Sec Education & Other:** | $2,000 | $1 | |
| **Interest on Debt:** | $178,000 | $123 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES
- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

---

**National Center for Education Statistics**
Office of Educational Research & Improvement, U.S. Dept. of Education
*1990 K Street, NW, Washington, DC 20006, USA, Phone: (202) 502-7300*

IES NCES National Center for Education Statistics

**Explore the Institute of Education Sciences**

| IES | IES Centers | IES Policies and Standards | Additional Resources |
|---|---|---|---|
| Home | NCEE | ED Data Inventory | ERIC |
| About | NCER | IES Diversity Statement | Sitemap |
| Publications | NCES | NCES Statistical Standards | Organizational Chart |
| Data |  Home | Peer Review Process | |
| Funding |  About | Privacy and Security Policies | |
| News |  Programs | Public Access Policy | |
| |  Publications | | |
| |  Data | Contact Us | |
| |  Data Training | | |
| |  School Search | **U.S. Department of Education** | |
| |  News | | |
| |  Kids' Zone | | |
| | NCSER | | |



IES › NCES — National Center for Education Statistics ☰ MENU

# Search for Public School Districts — CCD Common Core of Data

**District Directory Information** (2022-2023 school year)   Modify Search   Data Notes/Grant IDs   Help

**District Name:** DeSoto Parish
schools for this district

**NCES District ID:** 2200510

**State District ID:** LA-016

**Mailing Address:**
201 Crosby Street
Mansfield, LA 71052

**Physical Address:**
201 Crosby Street
Mansfield, LA 71052-2613

**Phone:** (318)872-2836

**Type:** Regular local school district

**Status:** Open

**Total Schools:** 9

**Supervisory Union #:** N/A

**Grade Span:** (grades PK - 12)
PK KG 1 2 3 4 5 6 7 8 9 10 11 12

**District Demographics:**
School District Demographic Dashboard

## District Details (2022-2023 school year; Fiscal data from 2020-2021)   Show Less

### Characteristics

**County:** De Soto Parish
**County ID:** 22031

**Locale:** Rural: Distant (42)
**CSA/CBSA:** 43340

| | |
|---|---|
| Total Students: | 5,126 |
| Classroom Teachers (FTE): | 314.30 |
| Student/Teacher Ratio: | 16.31 |

### Staff

**Teachers** (FTE)

| | |
|---|---|
| Total: | 314.30 |
| Prekindergarten: | 10.90 |
| Kindergarten: | 19.03 |
| Elementary: | 184.26 |
| Secondary: | 100.11 |
| Ungraded: | † |

**Total Staff** (FTE): 651.73

**Other Staff** (FTE)

| | |
|---|---|
| Total: | 337.43 |
| Instructional Aides: | 79.13 |
| Instruc. Coordinators & Supervisors: | 0.50 |
| Total Guidance Counselors: | 10.00 |
| Elementary Guidance Counselors: | 0.00 |
| Secondary Guidance Counselors: | 0.00 |
| School Psychologists: | 0.00 |
| Librarians/Media Specialists: | 4.00 |
| Library/Media Support: | 0.00 |
| District Administrators: | 0.00 |
| District Administrative Support: | 0.00 |
| School Administrators: | 24.65 |
| School Administrative Support: | 25.46 |
| Student Support Services (w/o Psychology): | 22.65 |
| Other Support Services: | 171.04 |

### Fiscal

| | Amount | Amount per Student | Percent |
|---|---|---|---|
| **Total Revenue:** | $97,912,000 | $20,293 | |
| **Revenue by Source** | | | |
| Federal: | $12,891,000 | $2,672 | 13% |
| Local: | $69,788,000 | $14,464 | 71% |
| State: | $15,233,000 | $3,157 | 16% |
| **Total Expenditures:** | $86,320,000 | $17,890 | |
| **Total Current Expenditures:** | $81,183,000 | $16,825 | |
| Instructional Expenditures: | $46,480,000 | $9,633 | 57% |
| Student and Staff Support: | $8,139,000 | $1,687 | 10% |
| Administration: | $9,204,000 | $1,908 | 11% |
| Operations, Food Service, other: | $17,360,000 | $3,598 | 21% |
| **Total Capital Outlay:** | $3,679,000 | $762 | |
| Construction: | $2,792,000 | $579 | |
| **Total Non El-Sec Education & Other:** | $0 | $0 | |
| **Interest on Debt:** | $1,102,000 | $228 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

National Center for Education Statistics

IES · NCES **National Center for Education Statistics**   ☰ MENU   Search  Go

# Search for Public School Districts — CCD Common Core of Data

**District Directory Information** (2022-2023 school year)                    Modify Search   Data Notes/Grant IDs   Help

| | | |
|---|---|---|
| **District Name:** Franklin Parish  schools for this district | **NCES District ID:** 2200660 | **State District ID:** LA-021 |
| **Mailing Address:** 7293 Prairie Road Winnsboro, LA 71295 | **Physical Address:** 7293 Prairie Road Winnsboro, LA 71295-3923 | **Phone:** (318)435-9046 |
| **Type:** Regular local school district | **Status:** Open | **Total Schools:** 6 |
| **Supervisory Union #:** N/A | **Grade Span:** (grades PK - 12)  PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |
| | **District Demographics:** School District Demographic Dashboard | |

**District Details** (2022-2023 school year; Fiscal data from 2020-2021)                    Show All
Characteristics   Staff   Fiscal

| | Amount | Amount per Student | Percent |
|---|---|---|---|
| **Total Revenue:** | $41,481,000 | $14,596 | |
| **Revenue by Source** | | | |
|   Federal: | $10,860,000 | $3,821 | 26% |
|   Local: | $10,191,000 | $3,586 | 25% |
|   State: | $20,430,000 | $7,189 | 49% |
| **Total Expenditures:** | $38,962,000 | $13,709 | |
|   **Total Current Expenditures:** | $38,197,000 | $13,440 | |
|     Instructional Expenditures: | $22,619,000 | $7,959 | 59% |
|     Student and Staff Support: | $4,194,000 | $1,476 | 11% |
|     Administration: | $3,514,000 | $1,236 | 9% |
|     Operations, Food Service, other: | $7,870,000 | $2,769 | 21% |
|   **Total Capital Outlay:** | $319,000 | $112 | |
|     Construction: | $248,000 | $87 | |
|   **Total Non El-Sec Education & Other:** | $8,000 | $3 | |
|   **Interest on Debt:** | $347,000 | $122 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

**NOTES**

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

---

**National Center for Education Statistics**
Office of Educational Research & Improvement, U.S. Dept. of Education
*1990 K Street, NW, Washington, DC 20006, USA, Phone: (202) 502-7300*

---

IES · NCES **National Center for Education Statistics**

**Explore the Institute of Education Sciences**

| IES | IES Centers | IES Policies and Standards | Additional Resources |
|---|---|---|---|
| Home | NCEE | ED Data Inventory | ERIC |
| About | NCER | IES Diversity Statement | Sitemap |
| Publications | NCES | NCES Statistical Standards | Organizational Chart |
| Data |   Home | Peer Review Process | |
| Funding |   About | Privacy and Security Policies | |
| News |   Programs | Public Access Policy | |
| |   Publications | | |
| |   Data | **Contact Us** | |
| |   Data Training | | |
| |   School Search | **U.S. Department of Education** | |
| |   News | | |
| |   Kids' Zone | | |
| | NCSER | | |



IES NCES National Center for Education Statistics    ☰ MENU                                                                                              Search  Go

# Search for Public School Districts — CCD Common Core of Data

**District Directory Information** (2022-2023 school year)                                 Modify Search   Data Notes/Grant IDs   Help

| | | |
|---|---|---|
| **District Name:** Grant Parish  [schools for this district](#) | **NCES District ID:** 2200690 | **State District ID:** LA-022 |
| **Mailing Address:** P.O. Box 208 Colfax, LA 71417-0208 | **Physical Address:** 512 Main Street Colfax, LA 71417-1523 | **Phone:** (318)627-3274 |
| **Type:** Regular local school district | **Status:** Open | **Total Schools:** 8 |
| **Supervisory Union #:** N/A | **Grade Span:** (grades PK - 12) PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |
| | **District Demographics:** School District Demographic Dashboard | |

**District Details** (2022-2023 school year; Fiscal data from 2020-2021)                                                    Show All
Characteristics  Staff  *Fiscal*

| | Amount | Amount per Student | Percent |
|---|---|---|---|
| **Total Revenue:** | $49,869,000 | $17,114 | |
| **Revenue by Source** | | | |
| Federal: | $6,324,000 | $2,170 | 13% |
| Local: | $21,020,000 | $7,213 | 42% |
| State: | $22,525,000 | $7,730 | 45% |
| **Total Expenditures:** | $48,456,000 | $16,629 | |
| **Total Current Expenditures:** | $44,595,000 | $15,304 | |
| Instructional Expenditures: | $17,768,000 | $6,097 | 40% |
| Student and Staff Support: | $4,170,000 | $1,431 | 9% |
| Administration: | $3,418,000 | $1,173 | 8% |
| Operations, Food Service, other: | $19,239,000 | $6,602 | 43% |
| **Total Capital Outlay:** | $3,414,000 | $1,172 | |
| Construction: | $613,000 | $210 | |
| **Total Non El-Sec Education & Other:** | $30,000 | $10 | |
| **Interest on Debt:** | $356,000 | $122 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

**NOTES**

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

---

**National Center for Education Statistics**
Office of Educational Research & Improvement, U.S. Dept. of Education
*1990 K Street, NW, Washington, DC 20006, USA, Phone: (202) 502-7300*



IES NCES National Center for Education Statistics

**Explore the Institute of Education Sciences**

| IES | IES Centers | IES Policies and Standards | Additional Resources |
|---|---|---|---|
| Home | NCEE | ED Data Inventory | ERIC |
| About | NCER | IES Diversity Statement | Sitemap |
| Publications | NCES | NCES Statistical Standards | Organizational Chart |
| Data | — Home | Peer Review Process | |
| Funding | — About | Privacy and Security Policies | |
| News | — Programs | Public Access Policy | |
| | — Publications | | |
| | — Data | Contact Us | |
| | — Data Training | | |
| | — School Search | **U.S. Department of Education** | |
| | — News | | |
| | — Kids' Zone | | |
| | NCSER | | |

IES · NCES **National Center for Education Statistics**   ☰ MENU                     🔍 Search  Go

  Search for Public School Districts   CCD Common Core of Data

**District Directory Information** (2022-2023 school year)        Modify Search   Data Notes/Grant IDs   Help

| | | |
|---|---|---|
| **District Name:** Jefferson Davis Parish  schools for this district | **NCES District ID:** 2200810 | **State District ID:** LA-027 |
| **Mailing Address:** P.O. Box 640 Jennings, LA 70546-0640 | **Physical Address:** 🌐 203 East Plaquemine Street Jennings, LA 70546-5853 | **Phone:** (337)824-1834 |
| **Type:** Regular local school district | **Status:** Open | **Total Schools:** 12 |
| **Supervisory Union #:** N/A | **Grade Span:** (grades PK - 12) PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |

**District Demographics:** 📊
School District Demographic Dashboard

**District Details** (2022-2023 school year; Fiscal data from 2020-2021)     Show All
Characteristics   Staff   *Fiscal*

| | Amount | Amount per Student | Percent |
|---|---:|---:|---:|
| **Total Revenue:** | $78,722,000 | $13,926 | |
| **Revenue by Source** | | | |
| Federal: | $10,457,000 | $1,850 | 13% |
| Local: | $29,417,000 | $5,204 | 37% |
| State: | $38,848,000 | $6,872 | 49% |
| **Total Expenditures:** | $79,547,000 | $14,072 | |
| **Total Current Expenditures:** | $68,372,000 | $12,095 | |
| Instructional Expenditures: | $39,183,000 | $6,931 | 57% |
| Student and Staff Support: | $7,378,000 | $1,305 | 11% |
| Administration: | $7,426,000 | $1,314 | 11% |
| Operations, Food Service, other: | $14,385,000 | $2,545 | 21% |
| **Total Capital Outlay:** | $8,974,000 | $1,587 | |
| Construction: | $309,000 | $55 | |
| **Total Non El-Sec Education & Other:** | $8,000 | $1 | |
| **Interest on Debt:** | $1,571,000 | $278 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

**NOTES**
- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

**National Center for Education Statistics**
Office of Educational Research & Improvement, U.S. Dept. of Education
*1990 K Street, NW, Washington, DC 20006, USA, Phone: (202) 502-7300*



 

☰ MENUS Search Go

# Search for Public School Districts — CCD Common Core of Data

**District Directory Information** (2022-2023 school year)    Modify Search | Data Notes/Grant IDs | Help

| | | |
|---|---|---|
| **District Name:**<br>LaSalle Parish<br>*schools for this district* | **NCES District ID:**<br>2200960 | **State District ID:**<br>LA-030 |
| **Mailing Address:**<br>P.O. Drawer 90<br>Jena, LA 71342-0090 | **Physical Address:**<br>3012 North First Street<br>Jena, LA 71342-4188 | **Phone:**<br>(318)992-2161 |
| **Type:**<br>Regular local school district | **Status:**<br>Open | **Total Schools:**<br>9 |
| **Supervisory Union #:**<br>N/A | **Grade Span:** (grades PK - 12)<br>PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |

**District Demographics:** School District Demographic Dashboard

**District Details** (2022-2023 school year; Fiscal data from 2020-2021)    Show All
Characteristics | Staff | **Fiscal**

| | Amount | Amount per Student | Percent |
|---|---:|---:|---:|
| **Total Revenue:** | $36,942,000 | $14,230 | |
| **Revenue by Source** | | | |
| Federal: | $5,201,000 | $2,003 | 14% |
| Local: | $14,045,000 | $5,410 | 38% |
| State: | $17,696,000 | $6,817 | 48% |
| **Total Expenditures:** | $34,229,000 | $13,185 | |
| Total Current Expenditures: | $33,176,000 | $12,780 | |
| Instructional Expenditures: | $19,118,000 | $7,364 | 58% |
| Student and Staff Support: | $2,773,000 | $1,068 | 8% |
| Administration: | $4,004,000 | $1,542 | 12% |
| Operations, Food Service, other: | $7,281,000 | $2,805 | 22% |
| Total Capital Outlay: | $909,000 | $350 | |
| Construction: | $520,000 | $200 | |
| **Total Non El-Sec Education & Other:** | $0 | $0 | |
| **Interest on Debt:** | $84,000 | $32 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES
- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

---

**National Center for Education Statistics**
Office of Educational Research & Improvement, U.S. Dept. of Education
*1990 K Street, NW, Washington, DC 20006, USA, Phone: (202) 502-7300*



IES · NCES — National Center for Education Statistics

**Explore the Institute of Education Sciences**

| IES | IES Centers | IES Policies and Standards | Additional Resources |
|---|---|---|---|
| Home | NCEE | ED Data Inventory | ERIC |
| About | NCER | IES Diversity Statement | Sitemap |
| Publications | NCES | NCES Statistical Standards | Organizational Chart |
| Data | — Home | Peer Review Process | |
| Funding | — About | Privacy and Security Policies | |
| News | — Programs | Public Access Policy | |
| | — Publications | | |
| | — Data | **Contact Us** | |
| | — Data Training | | |
| | — School Search | **U.S. Department of Education** | |
| | — News | | |
| | — Kids' Zone | | |
| | NCSER | | |

# Search for Public School Districts

## CCD Common Core of Data

### District Directory Information (2022-2023 school year)

**Modify Search** | **Data Notes/Grant IDs** | **Help**

| | | |
|---|---|---|
| **District Name:** Natchitoches Parish<br>schools for this district | **NCES District ID:** 2201140 | **State District ID:** LA-035 |
| **Mailing Address:** P.O. Box 16<br>Natchitoches, LA 71458-0016 | **Physical Address:** <br>310 Royal Street<br>Natchitoches, LA 71457-5709 | **Phone:** (318)352-2358 |
| **Type:** Regular local school district | **Status:** Open | **Total Schools:** 14 |
| **Supervisory Union #:** N/A | **Grade Span:** (grades PK - 12)<br>PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |
| | **District Demographics:**<br>School District Demographic Dashboard | |

### District Details (2022-2023 school year; Fiscal data from 2020-2021)

**Show Less**

**Characteristics**

**County:** Natchitoches Parish    **County ID:** 22069

**Locale:** Town: Remote (33)
**CSA/CBSA:** 35060

| | |
|---|---:|
| **Total Students:** | 5,527 |
| **Classroom Teachers (FTE):** | 371.69 |
| **Student/Teacher Ratio:** | 14.87 |

### Staff



**Teachers** (FTE)

| | |
|---|---:|
| **Total:** | **371.69** |
| Prekindergarten: | 10.79 |
| Kindergarten: | 20.96 |
| Elementary: | 226.00 |
| Secondary: | 113.94 |
| Ungraded: | † |

**Total Staff** (FTE): 648.25

**Other Staff** (FTE)

| | |
|---|---:|
| **Total:** | **276.56** |
| Instructional Aides: | 46.98 |
| Instruc. Coordinators & Supervisors: | 0.04 |
| Total Guidance Counselors: | 7.90 |
|   Elementary Guidance Counselors: | 0.00 |
|   Secondary Guidance Counselors: | 0.00 |
| School Psychologists: | 1.38 |
| Librarians/Media Specialists: | 7.52 |
| Library/Media Support: | 0.00 |
| District Administrators: | 0.00 |
| District Administrative Support: | 1.00 |
| School Administrators: | 29.29 |
| School Administrative Support: | 22.37 |
| Student Support Services (w/o Psychology): | 39.73 |
| Other Support Services: | 120.35 |

### Fiscal

| | Amount | Amount per Student | Percent |
|---|---:|---:|---:|
| **Total Revenue:** | **$80,619,000** | **$14,487** | |
|   **Revenue by Source** | | | |
|     Federal: | $15,578,000 | $2,799 | 19% |
|     Local: | $32,320,000 | $5,808 | 40% |
|     State: | $32,721,000 | $5,880 | 41% |
| **Total Expenditures:** | **$83,162,000** | **$14,944** | |
|   **Total Current Expenditures:** | $76,271,000 | $13,705 | |
|     Instructional Expenditures: | $45,954,000 | $8,258 | 60% |
|     Student and Staff Support: | $7,806,000 | $1,403 | 10% |
|     Administration: | $7,458,000 | $1,340 | 10% |
|     Operations, Food Service, other: | $15,053,000 | $2,705 | 20% |
|   **Total Capital Outlay:** | $5,582,000 | $1,003 | |
|     Construction: | $5,051,000 | $908 | |
| **Total Non El-Sec Education & Other:** | $0 | $0 | |
| **Interest on Debt:** | $1,161,000 | $209 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

**National Center for Education Statistics**

**IES NCES** National Center for Education Statistics    ☰ MENU      🔍 Search  [Go]

# Search for Public School Districts       CCD Common Core of Data

**District Directory Information**       Modify Search   Data Notes/Grant IDs   Help
(2022-2023 school year)

| | | |
|---|---|---|
| **District Name:**<br>Ouachita Parish<br>schools for this district | **NCES District ID:**<br>2201200 | **State District ID:**<br>LA-037 |
| **Mailing Address:**<br>P.O. Box 1642<br>Monroe, LA 71210-1642 | **Physical Address:**<br>100 Bry Street<br>Monroe, LA 71201-8406 | **Phone:**<br>(318)432-5000 |
| **Type:**<br>Regular local school district | **Status:**<br>Open | **Total Schools:**<br>36 |
| **Supervisory Union #:**<br>N/A | **Grade Span:** (grades PK - 12)<br>PK KG 1 2 3 4 5 6 7 8 9 10 11 12<br>**District Demographics:**<br>School District Demographic Dashboard | |

## District Details (2022-2023 school year; Fiscal data from 2020-2021)      Show Less
### Characteristics

**County:** Ouachita Parish          **County ID:** 22073

**Locale:** Suburb: Midsize (22)     **Total Students:** 19,136
**CSA/CBSA:** 33740                  **Classroom Teachers (FTE):** 1,042.38
                                     **Student/Teacher Ratio:** 18.36

### Staff



**Teachers** (FTE)
| | |
|---|---:|
| **Total:** | 1,042.38 |
| Prekindergarten: | 30.11 |
| Kindergarten: | 73.50 |
| Elementary: | 604.57 |
| Secondary: | 334.20 |
| Ungraded: | † |

**Total Staff** (FTE): 2,315.73

**Other Staff** (FTE)
| | |
|---|---:|
| **Total:** | **1,273.35** |
| Instructional Aides: | 193.20 |
| Instruc. Coordinators & Supervisors: | 37.30 |
| Total Guidance Counselors: | 46.80 |
|   Elementary Guidance Counselors: | 0.00 |
|   Secondary Guidance Counselors: | 0.00 |
| School Psychologists: | 2.13 |
| Librarians/Media Specialists: | 37.40 |
| Library/Media Support: | 24.88 |
| District Administrators: | 0.00 |
| District Administrative Support: | 2.00 |
| School Administrators: | 87.48 |
| School Administrative Support: | 86.91 |
| Student Support Services (w/o Psychology): | 98.07 |
| Other Support Services: | 657.18 |

### Fiscal

| | Amount | Amount per Student | Percent |
|---|---:|---:|---:|
| **Total Revenue:** | $259,810,000 | $14,155 | |
|   **Revenue by Source** | | | |
|     Federal: | $28,535,000 | $1,555 | 11% |
|     Local: | $107,699,000 | $5,868 | 41% |
|     State: | $123,576,000 | $6,733 | 48% |
| **Total Expenditures:** | $232,530,000 | $12,668 | |
|   **Total Current Expenditures:** | $215,112,000 | $11,720 | |
|     Instructional Expenditures: | $116,672,000 | $6,356 | 54% |
|     Student and Staff Support: | $28,812,000 | $1,570 | 13% |
|     Administration: | $24,344,000 | $1,326 | 11% |
|     Operations, Food Service, other: | $45,284,000 | $2,467 | 21% |
|   **Total Capital Outlay:** | $12,268,000 | $668 | |
|     Construction: | $9,291,000 | $506 | |
|   **Total Non El-Sec Education & Other:** | $26,000 | $1 | |
|   **Interest on Debt:** | $4,089,000 | $223 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

## NOTES
- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

**National Center for Education Statistics**

# IES › NCES National Center for Education Statistics

☰ MENU               Search  Go

## Search for Public School Districts — CCD Common Core of Data

**District Directory Information** (2022-2023 school year)          Modify Search   Data Notes/Grant IDs   Help

| | | |
|---|---|---|
| **District Name:** Red River Parish<br>schools for this district | **NCES District ID:** 2201320 | **State District ID:** LA-041 |
| **Mailing Address:** P.O. Box 1369<br>Coushatta, LA 71019-1369 | **Physical Address:** 1922 Alonzo Street<br>Coushatta, LA 71019-9411 | **Phone:** (318)932-4081 |
| **Type:** Regular local school district | **Status:** Open | **Total Schools:** 5 |
| **Supervisory Union #:** N/A | **Grade Span:** (grades PK - 12)<br>PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |
| | **District Demographics:**<br>School District Demographic Dashboard | |

**District Details** (2022-2023 school year; Fiscal data from 2020-2021)        Show All
Characteristics   Staff   Fiscal

| | Amount | Amount per Student | Percent |
|---|---|---|---|
| **Total Revenue:** | $29,181,000 | $20,933 | |
| Revenue by Source | | | |
| Federal: | $5,648,000 | $4,052 | 19% |
| Local: | $18,422,000 | $13,215 | 63% |
| State: | $5,111,000 | $3,666 | 18% |
| **Total Expenditures:** | $34,952,000 | $25,073 | |
| Total Current Expenditures: | $25,407,000 | $18,226 | |
| Instructional Expenditures: | $13,438,000 | $9,640 | 53% |
| Student and Staff Support: | $3,293,000 | $2,362 | 13% |
| Administration: | $3,956,000 | $2,838 | 16% |
| Operations, Food Service, other: | $4,720,000 | $3,386 | 19% |
| Total Capital Outlay: | $8,406,000 | $6,030 | |
| Construction: | $187,000 | $134 | |
| **Total Non El-Sec Education & Other:** | $0 | $0 | |
| **Interest on Debt:** | $1,074,000 | $770 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

---

**National Center for Education Statistics**
Office of Educational Research & Improvement, U.S. Dept. of Education
*1990 K Street, NW, Washington, DC 20006, USA, Phone: (202) 502-7300*

# IES › NCES National Center for Education Statistics

**Explore the Institute of Education Sciences**

| IES | IES Centers | IES Policies and Standards | Additional Resources |
|---|---|---|---|
| Home | NCEE | ED Data Inventory | ERIC |
| About | NCER | IES Diversity Statement | Sitemap |
| Publications | NCES | NCES Statistical Standards | Organizational Chart |
| Data |   Home | Peer Review Process | |
| Funding |   About | Privacy and Security Policies | |
| News |   Programs | Public Access Policy | |
| |   Publications | | |
| |   Data | Contact Us | |
| |   Data Training | | |
| |   School Search | **U.S. Department of Education** | |
| |   News | | |
| |   Kids' Zone | | |
| | NCSER | | |



# Search for Public School Districts

**District Directory Information** (2022-2023 school year)

Search Results | Modify Search | Data Notes/Grant IDs | Help

**District Name:** Sabine Parish
schools for this district

**NCES District ID:** 2201380

**State District ID:** LA-043

**Mailing Address:**
P.O. Box 1079
Many, LA 71449-1079

**Physical Address:**
695 Peterson Street
Many, LA 71449-2647

**Phone:** (318)256-9228

**Type:** Regular local school district

**Status:** Open

**Total Schools:** 10

**Supervisory Union #:** N/A

**Grade Span:** (grades PK - 12)
PK | KG | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12

**District Demographics:**
School District Demographic Dashboard

**District Details** (2022-2023 school year; Fiscal data from 2020-2021)   Show All
Characteristics  Staff  Fiscal

|  | Amount | Amount per Student | Percent |
|---|---|---|---|
| **Total Revenue:** | $63,544,000 | $15,012 |  |
| **Revenue by Source** |  |  |  |
| Federal: | $13,054,000 | $3,084 | 21% |
| Local: | $22,645,000 | $5,350 | 36% |
| State: | $27,845,000 | $6,578 | 44% |
| **Total Expenditures:** | $61,218,000 | $14,462 |  |
| **Total Current Expenditures:** | $56,715,000 | $13,398 |  |
| Instructional Expenditures: | $32,625,000 | $7,707 | 58% |
| Student and Staff Support: | $6,326,000 | $1,494 | 11% |
| Administration: | $6,125,000 | $1,447 | 11% |
| Operations, Food Service, other: | $11,639,000 | $2,750 | 21% |
| **Total Capital Outlay:** | $3,438,000 | $812 |  |
| Construction: | $2,732,000 | $645 |  |
| **Total Non El-Sec Education & Other:** | $90,000 | $21 |  |
| **Interest on Debt:** | $795,000 | $188 |  |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES
- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

---

**National Center for Education Statistics**
Office of Educational Research & Improvement, U.S. Dept. of Education
*1990 K Street, NW, Washington, DC 20006, USA, Phone: (202) 502-7300*

# Search for Public School Districts

**CCD** Common Core of Data

## District Directory Information (2022-2023 school year)

*Modify Search    Data Notes/Grant IDs    Help*

| | | |
|---|---|---|
| **District Name:** St. Tammany Parish *schools for this district* | **NCES District ID:** 2201650 | **State District ID:** LA-052 |
| **Mailing Address:** P.O. Box 940 Covington, LA 70434-0940 | **Physical Address:** 321 N Theard Street Covington, LA 70433-2835 | **Phone:** (985)892-2276 |
| **Type:** Regular local school district | **Status:** Open | **Total Schools:** 55 |
| **Supervisory Union #:** N/A | **Grade Span:** (grades PK - 12) PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |

**District Demographics:**
School District Demographic Dashboard

## District Details (2022-2023 school year; Fiscal data from 2020-2021)

**Characteristics**    *Show Less*

**County:** ST. Tammany Parish    **County ID:** 22103

**Locale:** Suburb: Small (23)
**CSA/CBSA:** 35380

| | |
|---|---|
| **Total Students:** | 39,559 |
| **Classroom Teachers (FTE):** | 2,160.56 |
| **Student/Teacher Ratio:** | 18.31 |

### Staff



**Teachers** (FTE)

| | |
|---|---|
| **Total:** | **2,160.56** |
| Prekindergarten: | 47.61 |
| Kindergarten: | 144.29 |
| Elementary: | 1,352.88 |
| Secondary: | 615.78 |
| Ungraded: | † |

**Total Staff** (FTE): 4,353.13

**Other Staff** (FTE)

| | |
|---|---|
| **Total:** | **2,192.57** |
| Instructional Aides: | 733.51 |
| Instruc. Coordinators & Supervisors: | 1.15 |
| Total Guidance Counselors: | 83.41 |
| Elementary Guidance Counselors: | 0.00 |
| Secondary Guidance Counselors: | 0.00 |
| School Psychologists: | 72.44 |
| Librarians/Media Specialists: | 47.07 |
| Library/Media Support: | 5.22 |
| District Administrators: | 0.00 |
| District Administrative Support: | 24.92 |
| School Administrators: | 153.28 |
| School Administrative Support: | 165.72 |
| Student Support Services (w/o Psychology): | 247.27 |
| Other Support Services: | 658.58 |

### Fiscal

| | Amount | Amount per Student | Percent |
|---|---:|---:|---:|
| **Total Revenue:** | $580,759,000 | $15,773 | |
| **Revenue by Source** | | | |
| Federal: | $61,092,000 | $1,659 | 11% |
| Local: | $290,857,000 | $7,899 | 50% |
| State: | $228,810,000 | $6,214 | 39% |
| **Total Expenditures:** | $573,201,000 | $15,568 | |
| **Total Current Expenditures:** | $512,753,000 | $13,926 | |
| Instructional Expenditures: | $309,632,000 | $8,409 | 60% |
| Student and Staff Support: | $50,057,000 | $1,360 | 10% |
| Administration: | $47,403,000 | $1,287 | 9% |
| Operations, Food Service, other: | $105,661,000 | $2,870 | 21% |
| **Total Capital Outlay:** | $45,880,000 | $1,246 | |
| Construction: | $30,891,000 | $839 | |
| **Total Non El-Sec Education & Other:** | $828,000 | $22 | |
| **Interest on Debt:** | $9,945,000 | $270 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

**National Center for Education Statistics**

# Search for Public School Districts

## CCD Common Core of Data

**District Directory Information** (2022-2023 school year)

*Modify Search   Data Notes/Grant IDs   Help*

| | | |
|---|---|---|
| **District Name:** Webster Parish  *schools for this district* | **NCES District ID:** 2201890 | **State District ID:** LA-060 |
| **Mailing Address:** P.O. Box 520  Minden, LA 71058-0520 | **Physical Address:** 1442 Sheppard Street  Minden, LA 71055-3509 | **Phone:** (318)377-7052 |
| **Type:** Regular local school district | **Status:** Open | **Total Schools:** 14 |
| **Supervisory Union #:** N/A | **Grade Span:** (grades PK - 12)  PK KG 1 2 3 4 5 6 7 8 9 10 11 12 | |

**District Demographics:**
School District Demographic Dashboard

## District Details (2022-2023 school year; Fiscal data from 2020-2021)

**Characteristics**    *Show Less*

**County:** Webster Parish
**County ID:** 22119

**Locale:** Town: Distant (32)
**CSA/CBSA:** 33380

| | |
|---|---|
| **Total Students:** | 5,549 |
| **Classroom Teachers (FTE):** | 275.88 |
| **Student/Teacher Ratio:** | 20.11 |

### Staff



**Teachers** (FTE)

| | |
|---|---|
| **Total:** | 275.88 |
| Prekindergarten: | 6.55 |
| Kindergarten: | 18.21 |
| Elementary: | 154.48 |
| Secondary: | 96.64 |
| Ungraded: | † |

**Total Staff** (FTE): 609.93

**Other Staff** (FTE)

| | |
|---|---|
| **Total:** | 334.05 |
| Instructional Aides: | 77.15 |
| Instruc. Coordinators & Supervisors: | 1.00 |
| Total Guidance Counselors: | 10.99 |
| Elementary Guidance Counselors: | 0.00 |
| Secondary Guidance Counselors: | 0.00 |
| School Psychologists: | 0.75 |
| Librarians/Media Specialists: | 7.49 |
| Library/Media Support: | 0.47 |
| District Administrators: | 0.00 |
| District Administrative Support: | 0.33 |
| School Administrators: | 27.92 |
| School Administrative Support: | 18.96 |
| Student Support Services (w/o Psychology): | 17.65 |
| Other Support Services: | 171.34 |

### Fiscal

| | Amount | Amount per Student | Percent |
|---|---|---|---|
| **Total Revenue:** | $81,753,000 | $14,343 | |
| **Revenue by Source** | | | |
| Federal: | $11,341,000 | $1,990 | 14% |
| Local: | $32,671,000 | $5,732 | 40% |
| State: | $37,741,000 | $6,621 | 46% |
| **Total Expenditures:** | $81,111,000 | $14,230 | |
| **Total Current Expenditures:** | $70,604,000 | $12,387 | |
| Instructional Expenditures: | $41,366,000 | $7,257 | 59% |
| Student and Staff Support: | $7,500,000 | $1,316 | 11% |
| Administration: | $6,877,000 | $1,206 | 10% |
| Operations, Food Service, other: | $14,861,000 | $2,607 | 21% |
| **Total Capital Outlay:** | $7,245,000 | $1,271 | |
| Construction: | $6,394,000 | $1,122 | |
| **Total Non El-Sec Education & Other:** | $25,000 | $4 | |
| **Interest on Debt:** | $2,012,000 | $353 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

### NOTES

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year

National Center for Education Statistics

# Search for Public School Districts

CCD Common Core of Data

## District Directory Information
(2022-2023 school year)

Modify Search Data Notes/Grant IDs Help

**District Name:**
West Carroll Parish
schools for this district

**NCES District ID:**
2201950

**State District ID:**
LA-062

**Mailing Address:**
314 East Main Street
Oak Grove, LA 71263-2540

**Physical Address:**
314 East Main Street
Oak Grove, LA 71263-2540

**Phone:**
(318)428-2378

**Type:**
Regular local school district

**Status:**
Open

**Total Schools:**
5

**Supervisory Union #:**
N/A

**Grade Span:** (grades PK - 12)

| PK | KG | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**District Demographics:**
School District Demographic Dashboard

## District Details (2022-2023 school year; Fiscal data from 2020-2021)

Characteristics Staff **Fiscal** Show All

| | Amount | Amount per Student | Percent |
|---|---|---|---|
| **Total Revenue:** | $23,895,000 | $12,484 | |
| **Revenue by Source** | | | |
| Federal: | $4,023,000 | $2,102 | 17% |
| Local: | $6,386,000 | $3,336 | 27% |
| State: | $13,486,000 | $7,046 | 56% |
| **Total Expenditures:** | $22,771,000 | $11,897 | |
| **Total Current Expenditures:** | $22,524,000 | $11,768 | |
| Instructional Expenditures: | $12,683,000 | $6,626 | 56% |
| Student and Staff Support: | $2,886,000 | $1,508 | 13% |
| Administration: | $2,225,000 | $1,162 | 10% |
| Operations, Food Service, other: | $4,730,000 | $2,471 | 21% |
| **Total Capital Outlay:** | $145,000 | $76 | |
| Construction: | $110,000 | $57 | |
| **Total Non El-Sec Education & Other:** | $10,000 | $5 | |
| **Interest on Debt:** | $47,000 | $25 | |

Note: Details do not add to totals due to rounding.
Note: Fiscal data (including per pupil count used in this table) from 2020-2021.

**NOTES**

- [ † ] indicates that the data are not applicable.
- [ – ] indicates that the data are missing.
- [ ‡ ] indicates that the data do not meet NCES data quality standards.

**Source:** CCD Public school district data for the 2022-2023 school year



