# Exhibit 24

NEWS   WEATHER   I TEAM   SPORTS   GAME CENTER   WATCH

ADVERTISEMENT

Book Now

Whenever you're ready to travel, we'll be here. Please follow local travel and safety guidelines.

# All-gender, single stalls for Loudoun Co. school bathrooms could cost hundreds of millions

by Nick Minock
Wed, April 26th 2023 at 6:01 PM
**Updated** Wed, April 26th 2023 at 6:34 PM





5
VIEW ALL PHOTOS

Photo illustration (Nick Minock/7News)

NEWS   WEATHER   I TEAM   SPORTS   GAME CENTER   WATCH

LOUDOUN COUNTY, Va. (7News) — At Tuesday's Loudoun County School Board meeting, parents were vocal in their opposition to Loudoun County school cuts that include online learning and some special education positions. And parents expressed their outrage at the school board for spending $11 million on new bathrooms.

"It is devasting to me that the majority of the school board is focused on flushing millions of dollars down the toilet in unneeded bathrooms in the name of affirmation and inclusion," one parent told school board members Tuesday.

"For all the students that don't feel comfortable with sharing the restroom with the opposite sex, I see you. You are loved," another Loudoun County resident told the school board.



The Loudoun County School Board spends $11 million on a new bathroom design while special education teachers plea for more hires. (7News)

**RELATED | Loudoun schools explore replacing boys and girls bathrooms with all-gender, single stalls**

Promoted Links

## These Barefoot Shoes are Leaving Neuropathy Experts Baffled

**Substitute teacher arrested for alleged misconduct with 6th grader**

**Chuck Norris Says: Do This Once A Day For More Energy, Even If You're 80**

Roundhouse Provisions

Learn More

**High school student shot in class, further tragedy prevented by quick-acting teacher**

As part of a pilot program, the Loudoun County School Board is reconstructing a handful of bathrooms at five schools which costs Loudoun County Public Schools $11 million, according to LCPS' plan.

If the school board decided to reconstruct bathrooms at every Loudoun County school at the same price, it could cost the county more than $211.2 million.

**READ THIS |** **Loudoun County School Board spends $11M on new bathroom design, cuts special ed funds**

One of the bathroom design options that the Loudoun County School Board is considering is gender-neutral bathrooms with floor-to-ceiling bathroom stalls.

"I would say it's financially irresponsible. I would say it's financially negligent," Loudoun County father Brandon Michon told 7News. "I would say it is ludicrous. Our board of supervisors should be vocal and say this is a waste of money as well and they should vocally come out and say 'We will reject your budget if this even goes through'. This school board in my mind has been agents of chaos, pushing political agendas, and they make it seem like every student in this county just doesn't know that they don't identify as something yet. Yet, the statistics prove that's not the case."

The majority of the school board is looking at new bathroom designs to accommodate transgender and nonbinary students.

NEWS    WEATHER    I TEAM    SPORTS    GAME CENTER    WATCH

**Here is the link to Loudoun County Public School's Policy 8040 on the rights on transgender and gender-expansive students.**

On Tuesday night, school board member Harris Mahedavi pushed back against the backlash from parents who are upset about cuts to special education while the school board spends money on new bathrooms.

"We've gotten beat up tonight. And for the last month we've been beaten up because somehow we cannot communicate all the good things we are doing," said Mahedavi. "Tonight was really sad for me getting beat up for things we are doing above and beyond. We are trying to do our best."

**MORE TO EXPLORE**

**Woman found dead accused estranged husband, pastor, of 'grooming' her at church**

**Mother accidentally shoots, kills teenage daughter while looking for keys: police**

**Man arrested after attempting to steal Balenciaga shoes, holding woman at gunpoint: Police**

**SPONSORED CONTENT**                                          by Taboola

**Neurologists Amazed: Barefoot Shoes are The Best Thing You Can Do in 2024**
Barefoot Vitality | SPONSORED

**Spray Wd-40 Up Your Faucets at Night if Alone, Here's Why**
LifeHackGuru | SPONSORED

**Leave Furosemide Behind: This New Device Helps Drain Edema Fluid (Works Fast)**
Health Insight Journal | SPONSORED                           Learn More