# Exhibit 34

**BIENVILLE PARISH SCHOOL BOARD**
**1956 First Street / P.O. Box 418**
**Arcadia, Louisiana 71001**

## RESOLUTION

**BE IT FOREVER KNOWN,** that by official action taken at its special meeting on May 7, 2024, the Bienville Parish School Board (sometimes referred to as the "Board") adopted the following resolution:

**WHEREAS,** the United States Department of Education has issued a final rule, titled "Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance" ("Final Rule"),[1] which it will publish in the federal register;

**WHEREAS,** the Final Rule dramatically changes Title IX regulations and acknowledges it will increase complaint investigations;

**WHEREAS,** the Final Rule will disadvantage the Board by increasing its obligations, compliance costs, and liability risks;

**WHEREAS,** the Board believes the Final Rule is contrary to existing state law, as well as laws currently being considered by the Louisiana Legislature; and

**WHEREAS,** the State of Louisiana and school districts within the State intend to challenge the legality of the Final Rule and the Board's participation in such lawsuit will result in no direct legal fees or costs to the Board, as the Attorney General is already representing the State.

**NOW, THEREFORE, BE IT RESOLVED,** that by the vote reflected herein below, the Bienville Parish School Board does hereby elect to join the State of Louisiana in litigation against the United States Department of Education and other federal defendants to challenge the Final Rule.

**ON THE MOTION OF** Donald Calloway and seconded by Colton Guin, the following votes were cast:

**YEAS:** Sharolyn Boston, Oswald Townsend, Derrika Bailey, Darren Iverson, Martha Grigg, Colton Guin, Donald Calloway
**NAYS:** NONE
**ABSENT:** NONE

**IN WITNESS WHEREOF** I have hereunto set my hand officially on this 7th day of May, 2024.

DARREN IVERSON, PRESIDENT

BYRON LYONS, SUPERINTENDENT

---

1. "Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance" ("Final Rule"), US Department of Education, https://www2.ed.gov/about/offices/list/ocr/docs/t9-unofficial-final-rule-2024.pdf