# Exhibit 35

Winn Parish School Board
May 6, 2024
Resolution

**BE IT FOREVER KNOWN,** that by official action taken at its meeting of May 6, 2024, the Winn Parish School Board (sometimes referred to as the "Board") adopted the following resolution:

**WHEREAS**, the United States Department of Education has issued a final rule, titled "Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance" ("Final Rule"), which it will publish in the federal register;

**WHEREAS**, the Final Rule dramatically changes Title IX regulations and acknowledges it will increase complaint investigations;

**WHEREAS**, the Final Rule will disadvantage the Board by increasing its obligations, compliance costs, and liability risks;

**WHEREAS**, the Board believes the Final Rule is contrary to federal law and will be detrimental to students, parents, and employees;

**WHEREAS**, the Board believes the Final Rule, is directly contrary to existing state law, as well as laws currently being considered by the Louisiana Legislature; and

**WHEREAS**, the State of Louisiana and school districts within the State have challenged the legality of the Final Rule in that matter styled, "State of Louisiana, et al v. U.S. Department of Education, et al" bearing Case No. 3:24-CV-00563 on the records of the United States District Court for the Western District of Louisiana;

**NOW, THEREFORE, BE IT RESOLVED,** that by the vote reflected hereinbelow, the Winn Parish School Board does hereby express its Support of the State and the various districts who have joined the State as parties in the forgoing litigation against the United States Department of Education and other federal defendants to challenge the Final Rule.

ON THE MOTION OF Steve Vines and seconded by Lance Underwood the following votes were cast:

YEAS: Harry Scott, Steve Vines, Lacey McManus, Lance Underwood, Joe Lynn Browning, Amber Cox, Dan Taylor, Joe Llaine Long, Mike Riffe, Michelle Carpenter, Patrick Howell

NEAS: NONE

ABSENT: NONE

The motion was approved.

_____, Secretary-Treasurer
Winn Parish School Board

_____, President
Winn Parish School Board

Page 2 of 2