# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| The State of LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill; et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; et al.,<br><br>DEFENDANTS. | Civil Action No. 3:24-CV-00563-TAD-KDM<br><br>Chief Judge Terry A. Doughty<br>Magistrate Judge Kayla D. McClusky |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXPANSION OF PAGES

Based on the Court's review of Plaintiffs' Motion for Expansion of Pages, the Court finds good cause exists to give Plaintiffs an additional five pages for their Memorandum in Support of Motion for a Postponement or Stay under 5 U.S.C. § 705 or Preliminary Injunction.

**IT IS ORDERED** that the Plaintiffs' Motion Expansion of Pages [Doc. No. __] is **GRANTED**.

**IT IS THEREFORE ORDERED** that the clerk accepts Plaintiffs' Motion for a Postponement or Stay under 5 U.S.C. § 705 or Preliminary Injunction, Plaintiffs' Memorandum in Support of Motion for a Postponement or Stay under 5 U.S.C. § 705 or Preliminary Injunction, and the accompanying exhibits that were filed on May 13, 2024.

**IT IS FURTHER ORDERED THAT** Defendants get five additional pages to respond to Plaintiffs' Motion for a Postponement or Stay under 5 U.S.C. § 705 or Preliminary Injunction.

- 2 -

**THUS DONE AND SIGNED** in Chambers on this ___ day of _____, 2024.

_____
**HONORABLE CHIEF JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**

Case 3:24-cv-00563-TAD-KDM   Document 18-43   Filed 05/13/24   Page 2 of 2 PageID #: 1567