## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| The State of LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill; et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION; et al., <br><br> DEFENDANTS. | Civil Action No. 3:24-CV-00563-TAD-KDM <br><br> Chief Judge Terry A. Doughty <br> Magistrate Judge Kayla D. McClusky |

### [PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED BREIFING AND EXPEDITED CONSIDERATION

The Court, having considered Plaintiffs' Motion for Expedited Briefing and Expedited Consideration of Plaintiffs' Motion for a Postponement or Stay under 5 U.S.C. § 705 or Preliminary Injunction, any response related to that motion, prior briefing, and applicable law concludes good cause exists to grant Plaintiffs' motion.

**IT IS ORDERED** that Plaintiffs' Motion for Expedited Briefing and Expedited Consideration of Plaintiffs' Motion for a Postponement or Stay under 5 U.S.C. § 705 or a Preliminary Injunction [Doc. No. __] is **GRANTED**.

The Court sets the following briefing schedule:

- Defendants' response to Plaintiffs' Motion for a Postponement or Stay under 5 U.S.C. § 705 or Preliminary Injunction is due on or before May 28, 2024; and

- Plaintiffs' reply in support of Plaintiffs' Motion for a Postponement or Stay under 5 U.S.C. § 705 or Preliminary Injunction is due on or before May 31, 2024.

The Court will issue an order on Plaintiffs' Motion for a Postponement or Stay under 5 U.S.C. § 705 or Preliminary Injunction on or before June 21, 2024. If the Court finds a hearing will assist in deciding the motion expeditiously, it will notify the parties.

- 2 -

**IT IS SO ORDERED.**

       **THUS DONE AND SIGNED** in Chambers on this \_\_\_ day of _____, 2024.

      _____
      **HONORABLE CHIEF JUDGE TERRY A. DOUGHTY**
      **UNITED STATES DISTRICT JUDGE**