**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**May 14, 2024**

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**STATE OF LOUISIANA ET AL**            **CASE NO.  3:24-CV-00563**

**VERSUS**                              **JUDGE TERRY A. DOUGHTY**

**U S DEPT OF EDUCATION ET AL**         **MAG. JUDGE KAYLA D. MCCLUSKY**

Plaintiffs, State of Louisiana, et al, filed a Complaint [Doc. No. 1] on April 29, 2024, and a Motion for Stay Under 5 U.S.C. § 705 or Preliminary Injunction [Doc. No. 17] on May 13, 2024. Plaintiffs are to promptly serve Defendants with the Complaint and Motion and file proof of service in the record. Due to the August 1, 2024, deadline at issue in this matter, the Court finds that expedited briefing is necessary. Therefore, upon receipt, Defendants shall file a response to the pending Motion within twenty-one days. Plaintiffs may file a reply seven days after the response is filed.

TAD

*TAD*