UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA<br>By and through its Attorney General,<br>Elizabeth B. Murrill, *et al.*<br>　　Plaintiffs,<br>　　　　v.<br>U.S. DEPARTMENT OF EDUCATION, *et al.*<br>　　Defendants. | No. 24-cv-563<br>The Hon. Terry A. Doughty |
| RAPIDES PARISH SCHOOL BOARD,<br>　　Plaintiff,<br>　　　　v.<br>U.S. DEPARTMENT OF EDUCATION, *et al.*<br>　　Defendants. | No. 24-cv-567<br>The Hon. Terry A. Doughty |

**[PROPOSED] ORDER**

It is hereby ORDERED that Defendants' Unopposed Motion to Consolidate the above-identified cases is GRANTED.

It is SO ORDERED.

_____          _____
Date                                                         HON. TERRY A. DOUGHTY
                                                                   United States District Court Judge