# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**STATE OF LOUISIANA ET AL**          **CASE NO. 3:24-CV-00563**

**VERSUS**                             **JUDGE TERRY A. DOUGHTY**

**U S DEPT OF EDUCATION ET AL**        **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Considering the foregoing Motion for Expedited Briefing and Expedited Consideration of Plaintiffs' Motion for Stay Under 5 U.S.C. § 705 or Preliminary Injunction [Doc. No. 19] filed by Plaintiffs,

**IT IS ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that briefing in this case be consistent with the deadlines as set out in the Minute Entry [Doc. No. 20].

MONROE, LOUISIANA, this 15th day of May, 2024.

_____
Terry A. Doughty
United States District Judge