TABLE OF CONTENTS: EXHIBITS

| Exhibit Number | Description |
|---|---|
| 1 | Highlighted excerpts of:<br>U.S. Dep't of Educ., Office of the General Counsel, *Memorandum re: Bostock v. Clatyon County* (Jan. 8, 2021), available at https://www2.ed.gov/about/offices/list/ocr/correspondence/other/ogc-memorandum-01082021.pdf (cited at 89 Fed. Reg. at 33,806) |
| 2 | Highlighted excerpts of:<br>U.S. Dep't of Educ., Office for Civil Rights, *Dear Colleague Letter* (June 22, 2007), available at https://www2.ed.gov/about/offices/list/ocr/letters/colleague-20070622.html |
| 3 | Highlighted excerpts of:<br>U.S. Dep't of Educ., Office for Civil Rights, Revised Sexual Harassment Guidance: Harassment of Students by School Employees, Other Students, Third Parties (Jan. 2001), available at https://www2.ed.gov/about/offices/list/ocr/docs/shguide.pdf (cited at 89 Fed. Reg. at 33,493) |
| 4 | Highlighted excerpts of:<br>U.S. Equal Emp. Opportunity Comm'n, *Sexual Orientation and Gender Identity (SOGI) Discrimination*, (last accessed May 1, 2024), https://www.eeoc.gov/sexual-orientation-and-gender-identity-sogi-discrimination (cited at 89 Fed. Reg. at 33,516) |
| 5 | Highlighted excerpts of:<br>Brief for United States as Amicus Curiae, *B.P.J. v. W. Va. State Bd. of Educ.*, No. 23-1078, ECF No. 68-1 (4th Cir. Apr. 3, 2023), available at https://www.justice.gov/crt/case-document/file/1577891/dl |
| 6 | Highlighted excerpts of:<br>E. Coleman, et al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, 23 Int'l J. of Transgender Health S1 (Sept. 15, 2022), available at https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2100644 (cited at 89 Fed. Reg. at 33,819) |

| | |
|---|---|
| 7 | *Understanding Neopronouns: A Guide to Neopronouns*, Human Rights Campaign (last updated May 18, 2022), https://www.hrc.org/resources/understanding-neopronouns |
| 8 | *The Cass Review damns England's youth-gender services*, Economist (Apr. 10, 2021), https://www.economist.com/britain/2024/04/10/the-cass-review-damns-englands-youth-gender-services |
| 9 | H. Barnes, *Why disturbing leaks from US gender group WPATH ring alarm bells in the NHS*, Guardian (Mar. 9,2024), https://www.theguardian.com/commentisfree/2024/mar/09/disturbing-leaks-from-us-gender-group-wpath-ring-alarm-bells-in-nhs |
| 10 | Matt Bonesteel, *Sixteen Penn swimmers say transgender teammate Lia Thomas should not be allowed to compete*, Washington Post (Feb. 3, 2022), https://www.washingtonpost.com/sports/2022/02/03/lia-thomas-penn-swimming-teammates/ |
| 11 | J. Liaukonyte, et al., *Lessons from the Bud Light Boycott, One Year Later*, Harvard Bus. Rev. (Mar. 20, 2024), https://hbr.org/2024/03/lessons-from-the-bud-light-boycott-one-year-later |
| 12 | Excerpts from:<br>U.S. Dep't of Educ., *Funds for State Formula-Allocated and Selected Student Aid Programs, by State*, (accessed May 9, 2024) available at https://www2.ed.gov/about/overview/budget/statetables/index.html |
| 13 | Excerpted information showing federal revenue for Plaintiff School Boards' school districts from:<br>National Center for Education Statistics, *Search for Public School Districts*, https://nces.ed.gov/ccd/districtsearch/index.asp |
| 14 | Declaration of Brad Soileau, Superintendent of Allen Parish School Board |
| 15 | Declaration of Nicki McCann, Superintendent of Caldwell Parish School Board |

| | |
|---|---|
| 16 | Declaration of John Gullatt, Superintendent of Franklin Parish School Board |
| 17 | Declaration of Mason Briggs, Board President of Grant Parish School Board |
| 18 | Declaration of John G. Hall, Superintendent of Jefferson Davis Parish School Board |
| 19 | Declaration of Jonathan Garrett, Superintendent of LaSalle Parish School Board |
| 20 | Declaration of Todd Guice, Superintendent of Ouachita Parish School Board |
| 21 | Declaration of Shane Wright, Superintendent of Sabine Parish School Board |
| 22 | Declaration of Frank Jabbia, Superintendent of St. Tammany Parish School Board |
| 23 | Declaration of Laura Perkins, President of the West Carroll Parish School Board |
| 24 | N. Minock, *All-gender, single stalls for Loudoun Co. school bathrooms could cost hundreds of millions* (Apr. 26, 2023), https://wjla.com/news/crisis-in-the-classrooms/loudoun-county-virginia-all-gender-single-bathroom-stalls-cost-hundreds-of-millions-dollars-vote-budget-school-board-education-opposite-sex-lgbtq-non-binary-lcps-students |
| 25 | U.S. Dep't of Educ., *A Timing Update on Title IX Rulemaking* (May 26, 2023), https://blog.ed.gov/2023/05/a-timing-update-on-title-ix-rulemaking/ |

| | |
|---|---|
| 26 | Comment from Tenn. Attorney General, et al., Docket No. ED-2021-OCR-0166 (Sept. 12, 2022), available at https://www.regulations.gov/comment/ED-2021-OCR-0166-218129 |
| 27 | Highlighted excerpts of:<br>Exhibits attached to Comment from Tenn. Attorney General, et al., Docket No. ED-2021-OCR-0166 (Sept. 12, 2022), available at https://www.regulations.gov/comment/ED-2021-OCR-0166-218129 |
| 28 | Excerpts of:<br>Comment from Mont. Attorney General, et al., Docket No. ED-2021-OCR-0166 (Sept. 12, 2022), available at https://www.regulations.gov/comment/ED-2021-OCR-0166-234607 |
| 29 | Excerpts of:<br>Comment from Alliance Defending Freedom re: Freedom of Speech and Free Exercise, Docket No. ED-2021-OCR-0166 (Sept. 11, 2022), available at https://www.regulations.gov/comment/ED-2021-OCR-0166-200280 |
| 30 | Excerpts of:<br>Comment from Alliance Defending Freedom re: Harm to Parental Rights, Docket No. ED-2021-OCR-0166 (Sept. 11, 2022), available at https://www.regulations.gov/comment/ED-2021-OCR-0166-200280 |
| 31 | Declaration of Preston Cade Brumley, Louisiana State Superintendent of Education |
| 32 | Declaration of Debbie Critchfield, Superintendent of Public Instruction for the State of Idaho |
| 33 | Declaration of Matt Freeman, Executive Director for the Idaho State Board of Education |
| 34 | Resolution of Bienville Parish School Board |

| | |
|---|---|
| **35** | Resolution of Winn Parish School Board |
| **36** | Highlighted excerpts of:<br>Comment from Genspect & Exhibit, Docket No. ED-2021-OCR-0166 (Sept. 11, 2022), available at https://www.regulations.gov/comment/ED-2021-OCR-0166-228154 |
| **37** | Highlighted excerpts of:<br>Comment from Gender Exploratory Therapy Association, Docket No. ED-2021-OCR-0166 (Sept. 10, 2022), available at https://www.regulations.gov/comment/ED-2021-OCR-0166-195294 |
| **38** | Highlighted excerpts of:<br>Comment from Ethics and Public Policy Center, Docket No. ED-2021-OCR-0166 (Sept. 11, 2022), available at https://www.regulations.gov/comment/ED-2021-OCR-0166-228237 |
| **39** | Excerpts of:<br>Comment from Defense of Freedom Institute for Policy Studies, Docket No. ED-2021-OCR-0166 (Sept. 11, 2022), available at https://www.regulations.gov/comment/ED-2021-OCR-0166-229040 |
| **40** | Excepts of:<br>Brief of Amici Curiae Drs. Miriam Grossman, Paul Hruz, Michael Laidlaw, Quentin Van Meter, Andre Van Mol in Support of Petitioner, *Doe v. Boyertown Area Sch. Dist.*, No. 18-658 (Dec. 19, 2018), available at https://www.supremecourt.gov/DocketPDF/18/18-658/76790/20181219123208440_18-658%20Amicus%20Brief%20of%20Dr.%20Miriam%20Grossman%20et%20al..pdf |