# Exhibit 12

**U.S. DEPARTMENT OF EDUCATION Funds for State Formula-Allocated and Selected Student Aid Programs, by State**

Page 1

**Index to State Tables**

Alabama
Alaska
Arizona
Arkansas
California
Colorado
Connecticut
Delaware
District of Columbia
Florida
Georgia
Hawaii
Idaho
Illinois
Indiana
Iowa
Kansas
Kentucky
Louisiana
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Missouri
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Pennsylvania
Rhode Island
South Carolina
South Dakota
Tennessee
Texas
Utah
Vermont
Virginia
Washington
West Virginia
Wisconsin
Wyoming
American Samoa
Guam
Northern Mariana Islands
Puerto Rico
Virgin Islands
Freely Associated States
Indian Set-Aside
Other
GRAND TOTAL

NOTE:

Funds included in the tables below are from programs that allocate funds to States using a statutory formula. The totals do not reflect all Department of Education funds that flow to a State. States and other entities may also receive funds from grants that are awarded on a competitive basis. These tables also include for each State financial support from selected student aid programs that provide funds to the postsecondary institution that a student attends. Also shown for each State is the dollar amount of new federally supported loans made to students attending postsecondary institutions located in the State.

End of page 1

**Department of Education** Page 17
Idaho

| Program | 2023 Actual | 2024 Estimate | 2025 Estimate | Amount Change FY 2024 to 2025 | Percent Change FY 2024 to 2025 |
|---|---|---|---|---|---|
| Grants to Local Educational Agencies | 62,700,869 | 64,816,707 | 65,777,267 | 960,560 | 1.5% |
| State Agency Program--Migrant | 6,733,263 | 7,084,189 | 7,047,796 | (36,393) | (0.5)% |
| State Agency Program--Neglected and Delinquent | 501,855 | 503,240 | 500,685 | (2,555) | (0.5)% |
| **Subtotal, Education for the Disadvantaged** | 69,935,987 | 72,404,136 | 73,325,748 | 921,612 | 1.3% |
| Impact Aid Basic Support Payments | 8,288,974 | 8,288,974 | 8,288,974 | 0 | 0.0% |
| Impact Aid Payments for Children with Disabilities | 297,886 | 297,886 | 297,886 | 0 | 0.0% |
| Impact Aid Construction | 0 | 0 | 0 | 0 | --- |
| **Subtotal, Impact Aid** | 8,586,860 | 8,586,860 | 8,586,860 | 0 | 0.0% |
| Supporting Effective Instruction State Grants | 10,786,692 | 10,786,692 | 10,786,692 | 0 | 0.0% |
| 21st Century Community Learning Centers | 6,515,398 | 6,515,398 | 6,515,398 | 0 | 0.0% |
| State Assessments | 4,349,472 | 4,349,472 | 4,349,472 | 0 | 0.0% |
| Rural and Low-income Schools Program | 58,969 | 59,283 | 59,597 | 314 | 0.5% |
| Small, Rural School Achievement Program | 2,153,403 | 2,153,403 | 2,153,403 | 0 | 0.0% |
| Student Support and Academic Enrichment State Grants | 6,659,535 | 6,659,535 | 6,659,535 | 0 | 0.0% |
| Indian Education--Grants to Local Educational Agencies | 573,719 | 567,220 | 567,220 | 0 | 0.0% |
| English Language Acquisition | 2,338,485 | 2,139,380 | 2,223,792 | 84,412 | 3.9% |
| Homeless Children and Youth Education | 436,479 | 451,090 | 448,761 | (2,329) | (0.5)% |
| **Subtotal** | 112,394,999 | 114,672,469 | 115,676,478 | 1,004,009 | 0.9% |
| Special Education--Grants to States | 71,112,494 | 71,037,693 | 72,031,346 | 993,653 | 1.4% |
| Special Education--Preschool Grants | 2,415,909 | 2,415,909 | 2,441,794 | 25,885 | 1.1% |
| Grants for Infants and Families | 3,015,179 | 3,062,354 | 3,087,137 | 24,783 | 0.8% |
| **Subtotal, Special Education** | 76,543,582 | 76,515,956 | 77,560,277 | 1,044,321 | 1.4% |
| Career and Technical Education State Grants | 8,751,072 | 8,803,318 | 9,078,662 | 275,344 | 3.1% |
| **Subtotal, Vocational and Adult Education** | 8,751,072 | 8,803,318 | 9,078,662 | 275,344 | 3.1% |
| **Subtotal, All Elementary/Secondary Level Programs** | 197,689,653 | 199,991,743 | 202,315,417 | 2,323,674 | 1.2% |
| Federal Pell Grants | 182,400,000 | 210,200,000 | 232,800,000 | 22,600,000 | 10.8% |
| Federal Supplemental Educational Opportunity Grants | 2,552,584 | 2,552,584 | 2,552,584 | 0 | 0.0% |
| Federal Work-Study | 3,123,021 | 3,123,021 | 3,123,021 | 0 | 0.0% |
| **Subtotal, All Postsecondary Education Programs** | 188,075,605 | 215,875,605 | 238,475,605 | 22,600,000 | 10.5% |
| Vocational Rehabilitation State Grants | 19,520,692 | 26,273,231 | 26,273,231 | 0 | 0.0% |
| Client Assistance State Grants | 152,206 | 131,917 | 131,917 | 0 | 0.0% |
| Protection and Advocacy of Individual Rights | 195,895 | 195,895 | 195,895 | 0 | 0.0% |
| Supported Employment State Grants | 300,000 | 300,000 | 300,000 | 0 | 0.0% |
| Independent Living Services for Older Blind Individuals | 225,000 | 225,000 | 225,000 | 0 | 0.0% |
| Adult Basic and Literacy Education State Grants | 3,178,180 | 3,058,452 | 3,058,452 | 0 | 0.0% |
| English Literacy and Civics Education State Grants | 201,304 | 196,685 | 196,685 | 0 | 0.0% |
| **Subtotal, All Other** | 23,773,277 | 30,381,180 | 30,381,180 | 0 | 0.0% |
| **Total** | 409,538,535 | 446,248,528 | 471,172,202 | 24,923,674 | 5.6% |
| New Student Loan Volume: | | | | | |
| Federal Direct Student Loans | 278,568,148 | 288,646,710 | 293,438,443 | 4,791,734 | 1.7% |
| **Total, New Student Loan Volume** | 278,568,148 | 288,646,710 | 293,438,443 | 4,791,734 | 1.7% |
| **Grand Total** | 688,106,682 | 734,895,238 | 764,610,645 | 29,715,408 | 4.0% |

NOTES:

1) State allocations for fiscal years 2024 and 2025 are preliminary estimates based on currently available data.  Allocations based on new data may result in significant changes from these preliminary estimates.

2) For Grants to States, the 2025 allocations assume enactment of the Administration's proposed appropriations language that authorizes the Department to calculate a State's allocation without regard to a reduction in funding in a prior year resulting from a failure to meet the maintenance of State financial support requirements in section 612 of the IDEA.

3) For Preschool Grants, and Grants for Infants and Families, the FY 2024 estimates are based on 2021 population and poverty data, which is standard practice under a continuing resolution. FY 2024 award amounts will be updated using 2022 data when a full year appropriation is made available by Congress. The FY 2025 estimates are currently based on 2021 population and poverty data. New FY 2025 estimates will be based on 2023 data once it becomes available.

4) Amounts distributed from the fiscal years above are based on the Pell Grant program's estimated cost as of February 2024.

5) For Vocational Rehabilitation State Grants, the FY 2023, FY 2024, and FY 2025 amounts reflect the sequester reduction required for mandatory programs (5.7 percent) pursuant to the Budget Control  Act of 2011 (P.L. 112-25). The Vocational Rehabilitation State Grants program is a mandatory appropriated entitlement; therefore, under an FY 2024 annualized Continuing Resolution, the program is entitled to all statutory adjustments provided for in section 110(a) of the Rehabilitation Act, including the statutory Consumer Price Index increase.  FY 2025 initial award amounts are equal to FY 2024 initial formula award amounts (prior to reductions for maintenance of effort penalties or changes due to reallotment) in alignment with the FY 2025 President's Budget request.

6) For Client Assistance State Grants, the FY 2023 allotments reflect a one-time increase due to a reprogramming of $2,000 thousand from the Disability Innovation Fund to Client Assistance State Grants. The FY 2024 estimates are based on July 2021 population data, as required under a continuing resolution. FY 2024 award amounts will be updated using July 2022 population data when a full year appropriation is made available by Congress. The FY 2025 estimates are based on July 2023 population data.

7) For Protection and Advocacy of Individuals Rights and Supported Employment State Grants, the FY 2024 estimates are based on July 2021 population data, as required under a continuing resolution. FY 2024 award amounts will be updated using July 2022 population data when a full year appropriation is made available by Congress. The FY 2025 estimates are based on July 2023 population data.

8) For Independent Living Services for Older Blind Individuals, the FY 2024 estimates are based on the best available 2021 population data for individuals age 55 and older, as required under a continuing resolution. FY 2024 award amounts will be updated using the best available 2022 population data for individuals age 55 and older when a full year appropriation is made available by Congress. State allocations for fiscal year 2025 are estimates based on currently available population data for individuals 55 and older and will be updated when 2023 estimates by age group become available.

9) — means Not Available

10) Compiled for posting on the WEB by the Budget Service on March 11, 2024.                                                                                             End of page 17

**Department of Education** Page 24
**Louisiana**

| Program | 2023 Actual | 2024 Estimate | 2025 Estimate | Amount Change FY 2024 to 2025 | Percent Change FY 2024 to 2025 |
|---|---|---|---|---|---|
| Grants to Local Educational Agencies | 404,061,662 | 393,061,777 | 397,076,106 | 4,014,329 | 1.0% |
| State Agency Program--Migrant | 1,935,649 | 1,907,974 | 1,898,303 | (9,671) | (0.5)% |
| State Agency Program--Neglected and Delinquent | 2,812,747 | 2,811,342 | 2,797,184 | (14,158) | (0.5)% |
| **Subtotal, Education for the Disadvantaged** | 408,810,058 | 397,781,093 | 401,771,593 | 3,990,500 | 1.0% |
| Impact Aid Basic Support Payments | 9,305,215 | 9,305,215 | 9,305,215 | 0 | 0.0% |
| Impact Aid Payments for Children with Disabilities | 368,048 | 368,048 | 368,048 | 0 | 0.0% |
| Impact Aid Construction | 0 | 0 | 0 | 0 | --- |
| **Subtotal, Impact Aid** | 9,673,263 | 9,673,263 | 9,673,263 | 0 | 0.0% |
| Supporting Effective Instruction State Grants | 44,291,262 | 43,139,917 | 43,139,917 | 0 | 0.0% |
| 21st Century Community Learning Centers | 25,790,973 | 28,755,942 | 27,495,186 | (1,260,756) | (4.4)% |
| State Assessments | 6,012,803 | 6,012,803 | 6,012,803 | 0 | 0.0% |
| Rural and Low-income Schools Program | 3,490,023 | 3,508,580 | 3,527,149 | 18,569 | 0.5% |
| Small, Rural School Achievement Program | 69,144 | 69,144 | 69,144 | 0 | 0.0% |
| Student Support and Academic Enrichment State Grants | 27,010,752 | 29,984,349 | 28,696,377 | (1,287,972) | (4.3)% |
| Indian Education--Grants to Local Educational Agencies | 832,075 | 881,160 | 881,160 | 0 | 0.0% |
| English Language Acquisition | 5,032,305 | 5,190,639 | 5,395,443 | 204,804 | 3.9% |
| Homeless Children and Youth Education | 2,855,113 | 2,727,040 | 2,713,237 | (13,803) | (0.5)% |
| **Subtotal** | 533,867,771 | 527,723,930 | 529,375,272 | 1,651,342 | 0.3% |
| Special Education--Grants to States | 225,757,277 | 225,727,879 | 227,990,902 | 2,263,023 | 1.0% |
| Special Education--Preschool Grants | 7,111,602 | 7,111,602 | 7,187,798 | 76,196 | 1.1% |
| Grants for Infants and Families | 7,591,793 | 7,639,934 | 7,701,761 | 61,827 | 0.8% |
| **Subtotal, Special Education** | 240,460,672 | 240,479,415 | 242,880,461 | 2,401,046 | 1.0% |
| Career and Technical Education State Grants | 24,553,966 | 24,624,587 | 25,228,615 | 604,028 | 0 |
| **Subtotal, Vocational and Adult Education** | 24,553,966 | 24,624,587 | 25,228,615 | 604,028 | 2.5% |
| **Subtotal, All Elementary/Secondary Level Programs** | 798,882,409 | 792,827,932 | 797,484,348 | 4,656,416 | 0.6% |
| Federal Pell Grants | 514,700,000 | 593,100,000 | 656,700,000 | 63,600,000 | 10.7% |
| Federal Supplemental Educational Opportunity Grants | 10,469,497 | 10,469,497 | 10,469,497 | 0 | 0.0% |
| Federal Work-Study | 16,753,781 | 16,753,781 | 16,753,781 | 0 | 0.0% |
| **Subtotal, All Postsecondary Education Programs** | 541,923,278 | 620,323,278 | 683,923,278 | 63,600,000 | 10.3% |
| Vocational Rehabilitation State Grants | 34,778,921 | 68,225,912 | 70,381,777 | 2,155,865 | 3.2% |
| Client Assistance State Grants | 175,298 | 151,923 | 148,937 | (2,986) | (2.0)% |
| Protection and Advocacy of Individual Rights | 232,767 | 232,767 | 228,170 | (4,597) | (2.0)% |
| Supported Employment State Grants | 300,000 | 300,000 | 300,000 | 0 | 0.0% |
| Independent Living Services for Older Blind Individuals | 419,151 | 414,291 | 409,939 | (4,352) | (1.1)% |
| Adult Basic and Literacy Education State Grants | 10,644,523 | 10,229,693 | 10,229,693 | 0 | 0.0% |
| English Literacy and Civics Education State Grants | 378,895 | 378,632 | 378,632 | 0 | 0.0% |
| **Subtotal, All Other** | 46,929,555 | 79,933,218 | 82,077,148 | 2,143,930 | 2.7% |
| **Total** | 1,387,735,242 | 1,493,084,428 | 1,563,484,774 | 70,400,346 | 4.7% |
| New Student Loan Volume: | | | | | |
| Federal Direct Student Loans | 1,386,961,417 | 1,437,141,514 | 1,460,999,050 | 23,857,536 | 1.7% |
| **Total, New Student Loan Volume** | 1,386,961,417 | 1,437,141,514 | 1,460,999,050 | 23,857,536 | 1.7% |
| **Grand Total** | 2,774,696,659 | 2,930,225,942 | 3,024,483,824 | 94,257,882 | 3.2% |

NOTES:

1) State allocations for fiscal years 2024 and 2025 are preliminary estimates based on currently available data.  Allocations based on new data may result in significant changes from these preliminary estimates.

2) For Grants to States, the 2025 allocations assume enactment of the Administration's proposed appropriations language that authorizes the Department to calculate a State's allocation without regard to a reduction in funding in a prior year resulting from a failure to meet the maintenance of State financial support requirements in section 612 of the IDEA.

3) For Preschool Grants, and Grants for Infants and Families, the FY 2024 estimates are based on 2021 population and poverty data, which is standard practice under a continuing resolution. FY 2024 award amounts will be updated using 2022 data when a full year appropriation is made available by Congress. The FY 2025 estimates are currently based on 2021 population and poverty data. New FY 2025 estimates will be based on 2023 data once it becomes available.

4) Amounts distributed from the fiscal years above are based on the Pell Grant program's estimated cost as of February 2024.

5) For Vocational Rehabilitation State Grants, the FY 2023, FY 2024, and FY 2025 amounts reflect the sequester reduction required for mandatory programs (5.7 percent) pursuant to the Budget Control  Act of 2011 (P.L. 112-25). The Vocational Rehabilitation State Grants program is a mandatory appropriated entitlement; therefore, under an FY 2024 annualized Continuing Resolution, the program is entitled to all statutory adjustments provided for in section 110(a) of the Rehabilitation Act, including the statutory Consumer Price Index increase.  FY 2025 initial award amounts are equal to FY 2024 initial formula award amounts (prior to reductions for maintenance of effort penalties or changes due to reallotment) in alignment with the FY 2025 President's Budget request.

6) For Client Assistance State Grants, the FY 2023 allotments reflect a one-time increase due to a reprogramming of $2,000 thousand from the Disability Innovation Fund to Client Assistance State Grants. The FY 2024 estimates are based on July 2021 population data, as required under a continuing resolution. FY 2024 award amounts will be updated using July 2022 population data when a full year appropriation is made available by Congress. The FY 2025 estimates are based on July 2023 population data.

7) For Protection and Advocacy of Individuals Rights and Supported Employment State Grants, the FY 2024 estimates are based on July 2021 population data, as required under a continuing resolution. FY 2024 award amounts will be updated using July 2022 population data when a full year appropriation is made available by Congress. The FY 2025 estimates are based on July 2023 population data.

8) For Independent Living Services for Older Blind Individuals, the FY 2024 estimates are based on the best available 2021 population data for individuals age 55 and older, as required under a continuing resolution. FY 2024 award amounts will be updated using the best available 2022 population data for individuals age 55 and older when a full year appropriation is made available by Congress. State allocations for fiscal year 2025 are estimates based on currently available population data for individuals 55 and older and will be updated when 2023 estimates by age group become available.

9) — means Not Available

10) Compiled for posting on the WEB by the Budget Service on March 11, 2024.                                                                                                End of page 24

**Department of Education**  Page 30
**Mississippi**

| Program | 2023 Actual | 2024 Estimate | 2025 Estimate | Amount Change FY 2024 to 2025 | Percent Change FY 2024 to 2025 |
|---|---|---|---|---|---|
| Grants to Local Educational Agencies | 233,873,060 | 241,291,126 | 242,944,251 | 1,653,125 | 0.7% |
| State Agency Program--Migrant | 674,088 | 710,267 | 706,618 | (3,649) | (0.5)% |
| State Agency Program--Neglected and Delinquent | 175,755 | 176,216 | 175,332 | (884) | (0.5)% |
| **Subtotal, Education for the Disadvantaged** | 234,722,903 | 242,177,609 | 243,826,201 | 1,648,592 | 0.7% |
| Impact Aid Basic Support Payments | 2,406,217 | 2,406,217 | 2,406,217 | 0 | 0.0% |
| Impact Aid Payments for Children with Disabilities | 174,191 | 174,191 | 174,191 | 0 | 0.0% |
| Impact Aid Construction | 0 | 0 | 0 | 0 | --- |
| **Subtotal, Impact Aid** | 2,580,408 | 2,580,408 | 2,580,408 | 0 | 0.0% |
| Supporting Effective Instruction State Grants | 28,422,618 | 29,461,097 | 29,461,097 | 0 | 0.0% |
| 21st Century Community Learning Centers | 16,870,143 | 15,877,219 | 16,630,984 | 753,765 | 4.7% |
| State Assessments | 4,940,806 | 4,940,806 | 4,940,806 | 0 | 0.0% |
| Rural and Low-income Schools Program | 6,545,321 | 6,580,124 | 6,614,949 | 34,825 | 0.5% |
| Small, Rural School Achievement Program | 0 | 0 | 0 | 0 | --- |
| Student Support and Academic Enrichment State Grants | 17,668,012 | 16,555,468 | 17,357,547 | 802,079 | 4.8% |
| Indian Education--Grants to Local Educational Agencies | 582,612 | 557,633 | 557,633 | 0 | 0.0% |
| English Language Acquisition | 2,050,775 | 2,193,120 | 2,279,653 | 86,533 | 3.9% |
| Homeless Children and Youth Education | 1,576,170 | 1,649,662 | 1,641,036 | (8,626) | (0.5)% |
| **Subtotal** | 315,959,768 | 322,573,146 | 325,890,314 | 3,317,168 | 1.0% |
| Special Education--Grants to States | 145,303,206 | 145,144,795 | 146,616,707 | 1,471,912 | 1.0% |
| Special Education--Preschool Grants | 4,649,156 | 4,649,156 | 4,698,968 | 49,812 | 1.1% |
| Grants for Infants and Families | 4,739,894 | 4,740,020 | 4,778,379 | 38,359 | 0.8% |
| **Subtotal, Special Education** | 154,692,256 | 154,533,971 | 156,094,054 | 1,560,083 | 1.0% |
| Career and Technical Education State Grants | 15,828,881 | 15,853,807 | 16,273,660 | 419,853 | 2.6% |
| **Subtotal, Vocational and Adult Education** | 15,828,881 | 15,853,807 | 16,273,660 | 419,853 | 2.6% |
| **Subtotal, All Elementary/Secondary Level Programs** | 486,480,905 | 492,960,924 | 498,258,028 | 5,297,104 | 1.1% |
| Federal Pell Grants | 345,300,000 | 397,900,000 | 440,600,000 | 42,700,000 | 10.7% |
| Federal Supplemental Educational Opportunity Grants | 9,059,967 | 9,059,967 | 9,059,967 | 0 | 0.0% |
| Federal Work-Study | 12,672,701 | 12,672,701 | 12,672,701 | 0 | 0.0% |
| **Subtotal, All Postsecondary Education Programs** | 367,032,668 | 419,632,668 | 462,332,668 | 42,700,000 | 10.2% |
| Vocational Rehabilitation State Grants | 50,623,992 | 53,234,754 | 53,234,754 | 0 | 0.0% |
| Client Assistance State Grants | 152,206 | 131,917 | 131,917 | 0 | 0.0% |
| Protection and Advocacy of Individual Rights | 195,895 | 195,895 | 195,895 | 0 | 0.0% |
| Supported Employment State Grants | 300,000 | 300,000 | 300,000 | 0 | 0.0% |
| Independent Living Services for Older Blind Individuals | 269,651 | 266,524 | 264,938 | (1,586) | (0.6)% |
| Adult Basic and Literacy Education State Grants | 6,929,749 | 6,619,479 | 6,619,479 | 0 | 0.0% |
| English Literacy and Civics Education State Grants | 136,379 | 138,044 | 138,044 | 0 | 0.0% |
| **Subtotal, All Other** | 58,607,872 | 60,886,613 | 60,885,027 | (1,586) | 0.0% |
| **Total** | 912,121,445 | 973,480,205 | 1,021,475,723 | 47,995,518 | 4.9% |
| New Student Loan Volume: | | | | | |
| Federal Direct Student Loans | 680,166,951 | 704,775,309 | 716,475,064 | 11,699,754 | 1.7% |
| **Total, New Student Loan Volume** | 680,166,951 | 704,775,309 | 716,475,064 | 11,699,754 | 1.7% |
| **Grand Total** | 1,592,288,396 | 1,678,255,514 | 1,737,950,787 | 59,695,272 | 3.6% |

NOTES:

1) State allocations for fiscal years 2024 and 2025 are preliminary estimates based on currently available data.  Allocations based on new data may result in significant changes from these preliminary estimates.

2) For Grants to States, the 2025 allocations assume enactment of the Administration's proposed appropriations language that authorizes the Department to calculate a State's allocation without regard to a reduction in funding in a prior year resulting from a failure to meet the maintenance of State financial support requirements in section 612 of the IDEA.

3) For Preschool Grants, and Grants for Infants and Families, the FY 2024 estimates are based on 2021 population and poverty data, which is standard practice under a continuing resolution. FY 2024 award amounts will be updated using 2022 data when a full year appropriation is made available by Congress. The FY 2025 estimates are currently based on 2021 population and poverty data. New FY 2025 estimates will be based on 2023 data once it becomes available.

4) Amounts distributed from the fiscal years above are based on the Pell Grant program's estimated cost as of February 2024.

5) For Vocational Rehabilitation State Grants, the FY 2023, FY 2024, and FY 2025 amounts reflect the sequester reduction required for mandatory programs (5.7 percent) pursuant to the Budget Control Act of 2011 (P.L. 112-25). The Vocational Rehabilitation State Grants program is a mandatory appropriated entitlement; therefore, under an FY 2024 annualized Continuing Resolution, the program is entitled to all statutory adjustments provided for in section 110(a) of the Rehabilitation Act, including the statutory Consumer Price Index increase.  FY 2025 initial award amounts are equal to FY 2024 initial formula award amounts (prior to reductions for maintenance of effort penalties or changes due to reallotment) in alignment with the FY 2025 President's Budget request.

6) For Client Assistance State Grants, the FY 2023 allotments reflect a one-time increase due to a reprogramming of $2,000 thousand from the Disability Innovation Fund to Client Assistance State Grants. The FY 2024 estimates are based on July 2021 population data, as required under a continuing resolution. FY 2024 award amounts will be updated using July 2022 population data when a full year appropriation is made available by Congress. The FY 2025 estimates are based on July 2023 population data.

7) For Protection and Advocacy of Individuals Rights and Supported Employment State Grants, the FY 2024 estimates are based on July 2021 population data, as required under a continuing resolution. FY 2024 award amounts will be updated using July 2022 population data when a full year appropriation is made available by Congress. The FY 2025 estimates are based on July 2023 population data.

8) For Independent Living Services for Older Blind Individuals, the FY 2024 estimates are based on the best available 2021 population data for individuals age 55 and older, as required under a continuing resolution. FY 2024 award amounts will be updated using the best available 2022 population data for individuals age 55 and older when a full year appropriation is made available by Congress. State allocations for fiscal year 2025 are estimates based on currently available population data for individuals 55 and older and will be updated when 2023 estimates by age group become available.

7) — means Not Available

Compiled for posting on the WEB by the Budget Service on March 11, 2024.   End of page 30

**Department of Education** Page 32
**Montana**

| Program | 2023 Actual | 2024 Estimate | 2025 Estimate | Amount Change FY 2024 to 2025 | Percent Change FY 2024 to 2025 |
|---|---|---|---|---|---|
| Grants to Local Educational Agencies | 57,693,671 | 57,693,671 | 58,385,971 | 692,300 | 1.2% |
| State Agency Program--Migrant | 1,889,145 | 1,859,647 | 1,850,221 | (9,426) | (0.5)% |
| State Agency Program--Neglected and Delinquent | 315,758 | 293,325 | 291,849 | (1,476) | (0.5)% |
| **Subtotal, Education for the Disadvantaged** | 59,898,574 | 59,846,643 | 60,528,041 | 681,398 | 1.1% |
| Impact Aid Basic Support Payments | 76,111,166 | 76,111,166 | 76,111,166 | 0 | 0.0% |
| Impact Aid Payments for Children with Disabilities | 1,470,058 | 1,470,058 | 1,470,058 | 0 | 0.0% |
| Impact Aid Construction | 0 | 0 | 0 | 0 | --- |
| **Subtotal, Impact Aid** | 77,581,224 | 77,581,224 | 77,581,224 | 0 | 0.0% |
| Supporting Effective Instruction State Grants | 10,786,692 | 10,786,692 | 10,786,692 | 0 | 0.0% |
| 21st Century Community Learning Centers | 6,515,398 | 6,515,398 | 6,515,398 | 0 | 0.0% |
| State Assessments | 3,678,769 | 3,678,769 | 3,678,769 | 0 | 0.0% |
| Rural and Low-income Schools Program | 767,694 | 710,742 | 653,759 | (56,983) | (8.0)% |
| Small, Rural School Achievement Program | 4,409,526 | 4,409,526 | 4,409,526 | 0 | 0.0% |
| Student Support and Academic Enrichment State Grants | 6,659,535 | 6,659,535 | 6,659,535 | 0 | 0.0% |
| Indian Education--Grants to Local Educational Agencies | 4,134,168 | 3,970,895 | 3,970,895 | 0 | 0.0% |
| English Language Acquisition | 500,000 | 500,000 | 500,000 | 0 | 0.0% |
| Homeless Children and Youth Education | 399,527 | 399,241 | 397,629 | (1,612) | (0.4)% |
| **Subtotal** | 175,331,107 | 175,058,665 | 175,681,468 | 622,803 | 0.4% |
| Special Education--Grants to States | 46,076,539 | 46,041,624 | 46,607,617 | 565,993 | 1.2% |
| Special Education--Preschool Grants | 1,315,398 | 1,315,398 | 1,332,064 | 16,666 | 1.3% |
| Grants for Infants and Families | 2,587,723 | 2,587,723 | 2,608,664 | 20,941 | 0.8% |
| **Subtotal, Special Education** | 49,979,660 | 49,944,745 | 50,548,345 | 603,600 | 1.2% |
| Career and Technical Education State Grants | 6,742,407 | 6,742,407 | 6,939,147 | 196,740 | 2.9% |
| **Subtotal, Vocational and Adult Education** | 6,742,407 | 6,742,407 | 6,939,147 | 196,740 | 2.9% |
| **Subtotal, All Elementary/Secondary Level Programs** | 232,053,174 | 231,745,817 | 233,168,960 | 1,423,143 | 0.6% |
| Federal Pell Grants | 56,700,000 | 65,300,000 | 72,300,000 | 7,000,000 | 10.7% |
| Federal Supplemental Educational Opportunity Grants | 1,509,134 | 1,509,134 | 1,509,134 | 0 | 0.0% |
| Federal Work-Study | 3,211,027 | 3,211,027 | 3,211,027 | 0 | 0.0% |
| **Subtotal, All Postsecondary Education Programs** | 61,420,161 | 70,020,161 | 77,020,161 | 7,000,000 | 10.0% |
| Vocational Rehabilitation State Grants | 13,168,208 | 14,886,804 | 14,886,804 | 0 | 0.0% |
| Client Assistance State Grants | 152,206 | 131,917 | 131,917 | 0 | 0.0% |
| Protection and Advocacy of Individual Rights | 195,895 | 195,895 | 195,895 | 0 | 0.0% |
| Supported Employment State Grants | 300,000 | 300,000 | 300,000 | 0 | 0.0% |
| Independent Living Services for Older Blind Individuals | 225,000 | 225,000 | 225,000 | 0 | 0.0% |
| Adult Basic and Literacy Education State Grants | 1,411,203 | 1,540,303 | 1,540,303 | 0 | 0.0% |
| English Literacy and Civics Education State Grants | 60,000 | 60,000 | 60,000 | 0 | 0.0% |
| **Subtotal, All Other** | 15,512,512 | 17,339,919 | 17,339,919 | 0 | 0.0% |
| **Total** | 308,985,847 | 319,105,897 | 327,529,040 | 8,423,143 | 2.6% |
| New Student Loan Volume: | | | | | |
| Federal Direct Student Loans | 187,772,078 | 194,565,650 | 197,795,573 | 3,229,923 | 1.7% |
| **Total, New Student Loan Volume** | 187,772,078 | 194,565,650 | 197,795,573 | 3,229,923 | 1.7% |
| **Grand Total** | 496,757,925 | 513,671,547 | 525,324,613 | 11,653,066 | 2.3% |

NOTES:

1) State allocations for fiscal years 2024 and 2025 are preliminary estimates based on currently available data.  Allocations based on new data may result in significant changes from these preliminary estimates.

2) For Grants to States, the 2025 allocations assume enactment of the Administration's proposed appropriations language that authorizes the Department to calculate a State's allocation without regard to a reduction in funding in a prior year resulting from a failure to meet the maintenance of State financial support requirements in section 612 of the IDEA.

3) For Preschool Grants, and Grants for Infants and Families, the FY 2024 estimates are based on 2021 population and poverty data, which is standard practice under a continuing resolution. FY 2024 award amounts will be updated using 2022 data when a full year appropriation is made available by Congress. The FY 2025 estimates are currently based on 2021 population and poverty data. New FY 2025 estimates will be based on 2023 data once it becomes available.

4) Amounts distributed from the fiscal years above are based on the Pell Grant program's estimated cost as of February 2024.

5) For Vocational Rehabilitation State Grants, the FY 2023, FY 2024, and FY 2025 amounts reflect the sequester reduction required for mandatory programs (5.7 percent) pursuant to the Budget Control  Act of 2011 (P.L. 112-25). The Vocational Rehabilitation State Grants program is a mandatory appropriated entitlement; therefore, under an FY 2024 annualized Continuing Resolution, the program is entitled to all statutory adjustments provided for in section 110(a) of the Rehabilitation Act, including the statutory Consumer Price Index increase.  FY 2025 initial award amounts are equal to FY 2024 initial formula award amounts (prior to reductions for maintenance of effort penalties or changes due to reallotment) in alignment with the FY 2025 President's Budget request.

6) For Client Assistance State Grants, the FY 2023 allotments reflect a one-time increase due to a reprogramming of $2,000 thousand from the Disability Innovation Fund to Client Assistance State Grants. The FY 2024 estimates are based on July 2021 population data, as required under a continuing resolution. FY 2024 award amounts will be updated using July 2022 population data when a full year appropriation is made available by Congress. The FY 2025 estimates are based on July 2023 population data.

7) For Protection and Advocacy of Individuals Rights and Supported Employment State Grants, the FY 2024 estimates are based on July 2021 population data, as required under a continuing resolution. FY 2024 award amounts will be updated using July 2022 population data when a full year appropriation is made available by Congress. The FY 2025 estimates are based on July 2023 population data.

8) For Independent Living Services for Older Blind Individuals, the FY 2024 estimates are based on the best available 2021 population data for individuals age 55 and older, as required under a continuing resolution. FY 2024 award amounts will be updated using the best available 2022 population data for individuals age 55 and older when a full year appropriation is made available by Congress. State allocations for fiscal year 2025 are estimates based on currently available population data for individuals 55 and older and will be updated when 2023 estimates by age group become available.

9) — means Not Available

10) Compiled for posting on the WEB by the Budget Service on March 11, 2024.    End of page 32