# Exhibit 25

# HOMEROOM
## THE OFFICIAL BLOG OF THE
## U.S. DEPARTMENT OF EDUCATION

(https://blog.ed.gov/)

## Connect with us

(f) (https://www.facebook.com/ed.gov)    (twitter) (https://twitter.com/usedgov)

(https://www.ed.gov/)

(https://blog.ed.gov/author/mcardona/)

# A Timing Update on Title IX Rulemaking

Posted by U.S. Department of Education (https://blog.ed.gov/author/bloged/)   May 26, 2023 (2023-05-26T12:00:00-04:00) (https://blog.ed.gov/2023/05/a-timing-update-on-title-ix-rulemaking/)   Headlines (https://blog.ed.gov/topic/headlines/), News (https://blog.ed.gov/topic/news/), Title IX (https://blog.ed.gov/topic/title-ix/)

The Biden-Harris Administration is committed to ensuring all students are guaranteed an educational environment free from discrimination on the basis of sex. To that end, amending the Department of Education's (Department's) regulations that implement Title IX of the Education Amendments of 1972 (Title IX) is a top priority to ensure full protection against sex discrimination for all students in federally funded education programs and activities.

The Title IX proposed regulations that the Department released in July 2022 are historic. They would strengthen protections for students who experience sexual harassment and assault at school, and they would help protect LGBTQI+ students from discrimination. The Department received more than 240,000 public comments on the proposed rule – nearly twice as many comments as the Department received during its last rulemaking on Title IX.Carefully considering and reviewing these comments takes time, and is essential to ensuring the final rule is enduring. That is why the Department is updating its Spring Unified Agenda to now reflect an anticipated date of October 2023 for the final Title IX rule. In addition, the Department is updating its Spring Unified Agenda to reflect an anticipated date of October 2023 for its proposed Athletics regulation, which received over 150,000 comments during its recent public comment period from April 12 – May 15, 2023.  The Department is currently reviewing each of these comments, and is grateful for the extensive public participation and comments received in this rulemaking process.

You can access the July 2022 NPRM here (https://www.govinfo.gov/content/pkg/FR-2022-07-12/pdf/2022-13734.pdf), view submitted comments here (https://www.regulations.gov/docket/ED-2021-OCR-0166/comments)  and find a fact sheet about the July 2022 NPRM here (https://www2.ed.gov/about/offices/list/ocr/docs/t9nprm-factsheet.pdf).  You can access the Athletics NPRM here (https://www.govinfo.gov/content/pkg/FR-2023-04-13/pdf/2023-07601.pdf), view submitted comments here (https://www.regulations.gov/docket/ED-2022-OCR-0143/comments), and find a fact sheet about the Athletics NPRM here (https://www2.ed.gov/about/offices/list/ocr/docs/t9-ath-nprm-factsheet.pdf).

## Posts you may also like

- How Mentoring is Reaching New Teachers in Rural Alaska (https://blog.ed.gov/2024/05/how-mentoring-is-reaching-new-teachers-in-rural-alaska/)
- Walking a Path Towards Indigenous Education (https://blog.ed.gov/2024/05/walking-a-path-towards-indigenous-education/)
- Update for MOHELA student loan borrowers (https://blog.ed.gov/2024/04/update-for-mohela-student-loan-borrowers/)

← Teacher Leadership at a National Level (https://blog.ed.gov/2023/05/teacher-leadership-at-a-national-level/)

Parent Empowerment Pop-Ups: Partnering with Parents for Perspective → (https://blog.ed.gov/2023/05/parent-empowerment-pop-ups-partnering-with-parents-for-perspective/)

## Search This Blog

| Search … | 🔍 |
|---|---|

*Blog articles provide insights on the activities of schools, programs, grantees, and other education stakeholders to promote continuing discussion of educational innovation and reform. Articles do not endorse any educational product, service, curriculum or pedagogy.*

(https://blog.ed.gov/)                    (https://blog.ed.gov/comments-policy/)

(http://www2.ed.gov/notices/privacy/index.html)