# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**STATE OF LOUISIANA ET AL**  **CASE NO. 3:24-CV-00563**

**VERSUS**  **JUDGE TERRY A. DOUGHTY**

**U S DEPT OF EDUCATION ET AL**  **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Considering the foregoing Unopposed Motion to Consolidate [Doc. No. 21] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**, and *Rapides Parish School Board v. U.S. Department of Education, et al*, No. 24-cv-567, is hereby consolidated with this case.

MONROE, LOUISIANA, this 15th day of May, 2024.

Terry A. Doughty
United States District Judge