AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24−CV−00563−TAD−KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501−6832** was received by me on *(date)* _____April 29, 2024_____ .

- I personally served the summons on **U.S. ATTORNEY**
  **WESTERN DISTRICT OF LOUISIANA**
  **800 LAFAYETTE ST., STE., 2200**
  **LAFAYETTE, LA 70501−6832** at *(place)*_____
  _____ on *(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)*
  _____ ; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify):* Service was effected upon the U.S. Attorney for the Western District of Louisiana by mailing the Summons and Complaint by Certified Mail, Tracking Number 70201290000013887880 to 800 Lafayette Street, Ste. 2200, Lafayette, LA 70501 the documents were delivered on May 2, 2024. A copy of the USPS tracking information is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .
_____ .

I declare under penalty of perjury that this information is true.

Date: __May 15, 2024_____

*Erin Nelson* (signature)
*Server's signature*

Erin Nelson
*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112
*Server's address*

Additional information regarding attemped service,
etc:

The Amended Complaint (ECF 11) was mailed via Certified Mail, Tracking Number 70201290000013887798 to 800 Lafayette Street, Ste. 2200, Lafayette, LA 70501; the documents were delivered on May 6, 2024. A copy of the USPS tracking information is attached.



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage U.S. Attorneys Office
$      Western District of Louisiana
Sent To  800 Lafayette Street, Suite 2200
Street and Lafayette, LA 70501
City, State

Postmark
Here

7020 1290 0000 1388 7880

PS Form 3600, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



SENDER: *COMPLETE THIS SECTION*
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorneys Office
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8331 3094 4398 63

2. Article Number *(Transfer from service label)*
7020 1290 0000 1388 7880

*COMPLETE THIS SECTION ON DELIVERY*
A. Signature
X *Reid Monte*          ☑ Agent
                         ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery
*Reid Monton*            5-2-24
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service
☐ Adult
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

U.S. Attorneys Office
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501

7020 1290 0000 1388 7798



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorneys Office
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501

9590 9402 8331 3094 4398 18

2. Article Number (Transfer from service label)

7020 1290 0000 1388 7798

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Richal Parker_     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Richard Parker                   5-6-24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053              Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24-CV-00563-TAD-KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530-0001** April 29, 2024
was received by me on *(date)*_____.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
  **U.S. ATTORNEY GENERAL**
  **950 PENNSYLVANIA AVENUE, N.W.**
  **WASHINGTON, D.C. 20530-0001**
  at *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):* Service was effected upon the U.S. Attorney General by mailing the Summons and Complaint by Certified Mail, Tracking Number 70201290000013887873 to 950 Pennsylvania Ave, N.W. Washington, DC 20530; the documents were delivered on May 6, 2024. A copy of the USPS tracking information is attached.

My fees are $_____ for travel and $_____ for services, for a total of $
_____.

I declare under penalty of perjury that this information is true.

Date: May 15, 2024 _____

Erin Nelson
*Server's signature*

Erin Nelson
*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112
*Server's address*

Additional information regarding attemped service,
etc:

The Amended Complaint (ECF 11) was mailed via Certified Mail, Tracking Number
70201290000013887828 to 950 Pennsylvania Ave, N.W. Washington, DC 20530; the documents were
delivered on May 7, 2024. A copy of the USPS tracking information is attached.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage

Postmark
Here

U.S. Attorney General
Civil Processing Clerk
950 Pennsylvania Ave. NW
Washington, DC 20530

7020 1290 0000 1388 7873

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Civil Processing Clerk
950 Pennsylvania Ave. NW
Washington, DC 20530

9590 9402 8331 3094 4398 56

2. Article Number *(Transfer from service label)*
7020 1290 0000 1388 7873

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by *(Printed Name)*      C. Date of Delivery
MA; 0 6 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

INSPECTED

3. Service
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☑ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt



U.S. Attorney General
Civil Processing Clerk
950 Pennsylvania Ave. NW
Washington, DC 20530



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Civil Processing Clerk
950 Pennsylvania Ave. NW
Washington, DC 20530

9590 9402 6891 1104 9133 99

2. Article Number (Transfer from service label)

7020 1290 0000 1388 7828

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24-CV-00563-TAD-KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **U S Dept of Education** was received by me on
*(date)*_____April 29, 2024_____.

- I personally served the summons on **U S Dept of Education** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____, a person of suitable age and discretion
  who resides there, on *(date)*_____, and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):* Service was effected upon the U.S. Dept. of Education by mailing the Summons and Complaint by Certified Mail, Tracking Number 70201290000013887859 to 400 Maryland Ave., SW, Washington, DC 20202; the documents were delivered on May 6, 2024. A copy of the USPS tracking information is attached.

My fees are $_____ for travel and $_____ for services, for a total of $_____
_____.

I declare under penalty of perjury that this information is true.

Date: May 15, 2024

*Erin Nelson* (signature)
*Server's signature*

Erin Nelson
*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112

*Server's address*

Additional information regarding attemped service,
etc:

The Amended Complaint (ECF 11) was mailed via Certified Mail, Tracking Number 70201290000013887699 to 400 Maryland Ave., SW, Washington, DC 20202; the documents were delivered on May 6, 2024. A copy of the USPS tracking information is attached.



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$ U.S. Department of Education
400 Maryland Ave., SW
Washington, DC 20202

7020 1290 0000 1388 7859

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Department of Education
400 Maryland Ave., SW
Washington, DC 20202

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8331 3094 4398 70

2. Article Number *(Transfer from service label)*
7020 1290 0000 1388 7859

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Roland Stalling          ☐ Agent
                           ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
Roland Stallings            5-3-24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70201290000013887699

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:43 am on May 6, 2024 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20202
May 6, 2024, 11:43 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
May 6, 2024, 9:57 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 5, 2024, 4:12 pm

● **In Transit to Next Facility**
May 4, 2024

● **Arrived at USPS Facility**
SAINT ROSE, LA 70087
May 3, 2024, 11:04 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                          ∨

**USPS Tracking Plus®**                                                           ∨

**Product Information**                                                           ∨

**See Less** ∧

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24–CV–00563–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Miguel Cardona** was received by me on
*(date)*_____ April 29, 2024_____.

- I personally served the summons on **Miguel Cardona** at
*(place)*_____ on
*(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion
who resides there, on *(date)*_____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)*
_____ ; or

- I returned the summons unexecuted because _____
_____ ; or

- Other *(specify)*: Service was effected upon Miguel Cardona by mailing the Summons and Complaint by Certified Mail, Tracking Number 70201290000013887842 to 400 Maryland Ave., SW, Washington, DC 20202; the documents were delivered on May 6, 2024. A copy of the USPS tracking information is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: May 15, 2024                          *Server's signature*

                                            Erin Nelson
                                            *Printed name and title*
                                            909 Poydras Street, Suite 1850
                                            New Orleans, LA 70112

                                            *Server's address*

Additional information regarding attemped service,
etc:

The Amended Complaint (ECF 11) was mailed via Certified Mail, Tracking Number
70201290000013887835 to 400 Maryland Ave., SW, Washington, DC 20202; the documents were
delivered on May 6, 2024. A copy of the USPS tracking information is attached.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 1290 0000 1388 7842

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total

Sent To
Miguel Cardona
Secretary
U.S. Department of Education
Street 400 Maryland Ave., SW
City, S Washington, DC 20202

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Miguel Cardona
Secretary
U.S. Department of Education
400 Maryland Ave., SW
Washington, DC 20202

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8331 3094 4398 87

2. Article Number *(Transfer from service label)*
7020 1290 0000 1388 7842

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt





AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24−CV−00563−TAD−KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Office for Civil Rights** was received by me on
*(date)* _____ April 29, 2024 _____.

- I personally served the summons on **Office for Civil Rights** at
*(place)*_____ on
*(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion
who resides there, on *(date)*_____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)*
_____ ; or

- I returned the summons unexecuted because _____
_____ ; or

- Other *(specify):* Service was effected upon the Office for Civil Rights by mailing the Summons and Complaint by Certified Mail, Tracking Number 70201290000013887866 to 400 Maryland Ave., SW, Washington, DC 20202; the documents were delivered on May 6, 2024. A copy of the USPS tracking information is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: May 15, 2024

*Erin Nelson* [signature]

*Server's signature*

Erin Nelson

*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112

*Server's address*

Additional information regarding attemped service,
etc:
The Amended Complaint (ECF 11) was mailed via Certified Mail, Tracking Number
70201290000013887934 to 400 Maryland Ave., SW, Washington, DC 20202; the documents were
delivered on May 6, 2024. A copy of the USPS tracking information is attached.



# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70201290000013887866

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:37 am on May 6, 2024 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20202
May 6, 2024, 7:37 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20202
May 4, 2024, 11:06 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
May 4, 2024, 9:41 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 4, 2024, 12:53 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 3, 2024, 8:23 pm

● **Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 3, 2024, 5:17 am

**Departed USPS Regional Facility**

WASHINGTON DC NETWORK DISTRIBUTION CENTER
May 3, 2024, 4:26 am

**Arrived at USPS Regional Facility**

WASHINGTON DC NETWORK DISTRIBUTION CENTER
May 3, 2024, 3:43 am

**Departed USPS Facility**

SAINT ROSE, LA 70087
May 2, 2024, 7:22 am

**Arrived at USPS Facility**

SAINT ROSE, LA 70087
May 2, 2024, 12:14 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

U.S. Department of Education
Office for Civil Rights
Lyndon Baines Johnson Department of
Education Bldg
400 Maryland Ave., SW
Washington, DC 20202

7020 1290 0000 1388 7934

# USPS Tracking®

FAQs ⟩

**Tracking Number:**

Remove ✕

## 70201290000013887934

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:43 am on May 6, 2024 in WASHINGTON, DC 20202.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20202
May 6, 2024, 11:43 am

**Arrived at Post Office**

WASHINGTON, DC 20018
May 6, 2024, 9:57 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 5, 2024, 4:14 pm

**In Transit to Next Facility**

May 4, 2024

**Arrived at USPS Facility**

SAINT ROSE, LA 70087
May 3, 2024, 11:04 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

---

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |
| --- |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |
| --- |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24–CV–00563–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Catherine Lhamon** was received by me on
*(date)*_____ April 29, 2024_____.

- I personally served the summons on **Catherine Lhamon** at
  *(place)*_____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____, a person of suitable age and discretion
  who resides there, on *(date)*_____, and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):* Service was effected upon Catherine Lhamon by mailing the Summons and Complaint by Certified Mail, Tracking Number 70201290000013887910 to 400 Maryland Ave., SW, Washington, DC 20202; the documents were delivered on May 6, 2024. A copy of the USPS tracking information is attached.

My fees are $_____ for travel and $_____ for services, for a total of $
_____.

I declare under penalty of perjury that this information is true.

Date: May 15, 2024

*Erin Nelson*
*Server's signature*

Erin Nelson
*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112
*Server's address*

Additional information regarding attemped service,
etc:
The Amended Complaint (ECF 11) was mailed via Certified Mail, Tracking Number 70201290000013887927 to 400 Maryland Ave., SW, Washington, DC 20202; the documents were delivered on May 6, 2024. A copy of the USPS tracking information is attached.



# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove** ✕

# 70201290000013887910

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:37 am on May 6, 2024 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20202
May 6, 2024, 7:37 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20202
May 4, 2024, 11:06 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
May 4, 2024, 9:41 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 3, 2024, 8:23 pm

● **In Transit to Next Facility**
May 3, 2024

● **Arrived at USPS Facility**

SAINT ROSE, LA 70087
May 2, 2024, 12:12 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                                                  ⌄

**USPS Tracking Plus®**                                                                                     ⌄

**Product Information**                                                                                        ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance**.**

**FAQs**



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ ____
☐ Return Receipt (electronic)       $ ____
☐ Certified Mail Restricted Delivery  $ ____
☐ Adult Signature Required          $ ____
☐ Adult Signature Restricted Delivery $ ____

Postmark
Here

Postage
$

7020 1290 0000 1388 7927

Catherine Lhamon, Assistant Secretary
U.S. Department of Education
Office for Civil Rights
Lyndon Baines Johnson Dept of Ed. Bldg
400 Maryland Ave., SW
Washington, DC 20202

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70201290000013887927

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:43 am on May 6, 2024 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20202
May 6, 2024, 11:43 am

**Arrived at Post Office**
WASHINGTON, DC 20018
May 6, 2024, 9:57 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 5, 2024, 4:12 pm

**In Transit to Next Facility**
May 4, 2024

**Arrived at USPS Facility**
SAINT ROSE, LA 70087
May 3, 2024, 11:04 pm

Feedback

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                                    ⌄

**USPS Tracking Plus®**                                                                      ⌄

**Product Information**                                                                      ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24–CV–00563–TAD–KDM
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Justice** was received by me on
*(date)* April 29, 2024_____.

- I personally served the summons on **U S Dept of Justice** at
  *(place)*_____  _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____, a person of suitable age and discretion
  who resides there, on *(date)*_____, and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)*_____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____  _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify)*: Service was effected upon the U.S. Department of Justice by mailing the Summons and Complaint by Certified Mail, Tracking Number 70201290000013887903 to 950 Pennsylvania Ave, N.W. Washington, DC 20530; the documents were delivered on May 6, 2024. A copy of the USPS tracking information is attached.

My fees are $_____ for travel and $_____ for services, for a total of $
_____.

I declare under penalty of perjury that this information is true.

Date: May 15, 2024_____

*Erin Nelson* (signature)
*Server's signature*

Erin Nelson
*Printed name and title*
909 Poydras Street, Suite 1850
New Orleans, LA 70112

*Server's address*

Additional information regarding attemped service,
etc:

The Amended Complaint (ECF 11) was mailed via Certified Mail, Tracking Number 70201290000013887804 to 950 Pennsylvania Ave, N.W. Washington, DC 20530; the documents were delivered on May 7, 2024. A copy of the USPS tracking information is attached.









AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:24–CV–00563–TAD–KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Merrick B Garland** was received by me on
*(date)* _____ April 29, 2024 _____ .

- I personally served the summons on **Merrick B Garland** at
  *(place)*_____  _____ on
  *(date)*_____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____  _____ on *(date)*
  _____ ; or

- I returned the summons unexecuted because _____
  _____ ; or

- Other *(specify):* Service was effected upon Merrick Garland by mailing the Summons and Complaint by Certified Mail, Tracking Number 70201290000013887897 to 950 Pennsylvania Ave, N.W. Washington, DC 20530; the documents were delivered on May 6, 2024. A copy of the USPS tracking information is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: May 15, 2024                    *Erin Nelson*
                                      *Server's signature*

                                      Erin Nelson
                                      *Printed name and title*

                                      909 Poydras Street, Suite 1850
                                      New Orleans, LA 70112

                                      *Server's address*

Additional information regarding attemped service,
etc:

The Amended Complaint (ECF 11) was mailed via Certified Mail, Tracking Number
70201290000013887811 to 950 Pennsylvania Ave, N.W. Washington, DC 20530; the documents were
delivered on May 7, 2024. A copy of the USPS tracking information is attached.







**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

7020 1290 0000 1388 7811



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

9590 9402 6891 1104 9134 36

2. Article Number *(Transfer from service label)*

7020 1290 0000 1388 7811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
MAY 07 2024

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt