## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| The State of LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill; et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION; et al., <br><br> DEFENDANTS. | Civil Action No. 3:24-CV-00563-TAD-KDM <br><br> Chief Judge Terry A. Doughty <br> Magistrate Judge Kayla D. McClusky |

## CERTIFICATE OF SERVICE

I, Erin Nelson, am over eighteen years of age. I am employed as a paralegal by the Louisiana Department of Justice. I hereby certify as follows:

1. On May 13, 2024, I mailed a copy of Docket Nos. 17 and 18, together with their attachments via Certified Priority Mail to the U.S. Attorney General, ATTN: Civil Process Clerk, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

2. On May 13, 2024, I mailed a copy of Docket Nos. 17 and 18, together with their attachments via Certified Priority Mail to the U.S. Attorney's Office for the Western District of Louisiana, 800 Lafayette Street, Suite 2200, Lafayette, LA 70501.

3. On May 13, 2024, I also mailed a copy of Docket Nos. 17 and 18, together with their attachments via Certified Priority Mail to Defendants at the following addresses:

| | |
|---|---|
| Miguel Cardona <br> Secretary <br> U.S. Department of Education <br> 400 Maryland Ave., SW <br> Washington, DC 20202 | U.S. Department of Education <br> Office for Civil Rights <br> Lyndon Baines Johnson Dept of Ed. Bldg <br> 400 Maryland Ave., SW <br> Washington, DC 20202 |

| | |
|---|---|
| U.S. Department of Education<br>400 Maryland Ave., SW<br>Washington, DC 20202 | United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |
| Catherine Lhamon, Assistant Secretary<br>U.S. Department of Education<br>Office for Civil Rights<br>Lyndon Baines Johnson Dept of Ed. Bldg<br>400 Maryland Ave., SW<br>Washington, DC 20202 | Merrick Garland<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |

4. On May 13, 2024, Special Assistant Solicitor General Autumn Hamit Patterson emailed copies of Docket Nos. 17 and 18, together with their attachments, to Defendants' counsel, Benjamin T. Takemoto at 5:02 p.m. (Central Time).

Dated: May 15, 2024

*Erin Nelson*
ERIN NELSON