**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
May 15, 2024

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:24-CV-00563 LEAD CONSOLIDATED WITH 1:24-CV-00567** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S DEPT OF EDUCATION ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On May 15, 2024, *State of Louisiana et al v. U S Dept of Education et al* (3:24-cv-00563-TAD-KDM) was consolidated with *School Board Rapides Parish v. Education et al* (1:24-cv-00567-TAD-JPM). Consistent with the consolidation of these matters, the pending Motion to Delay Effective Date and for Preliminary Injunction [originally Doc. No. 11, now Doc. No. 27 in the consolidated matter] filed in 24-cv-00567 shall be on the same briefing schedule as the Motion for Preliminary Injunction [Doc. No. 17] in 24-cv-00563, which was set forth in the Court's Minute Entry [Doc. No. 20]. Specifically, the Defendants shall file a response to the Motion within twenty-one days of service, and Plaintiffs shall file a reply seven days thereafter.

TAD

*/s/ TAD*