(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, Elizabeth B. Murrill, et al.<br>Plaintiffs | Case No.   3:24-cv-00563 |
| VS.<br>U.S. DEPARTMENT OF EDUCATION, et al.<br>Defendants | Chief Judge   Terry A. Doughty<br>Magistrate Judge   Kayla D. McClusky |

**ORDER**

IT IS ORDERED that Justin L. Matheny be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of Mississippi, by and through its Attorney General, Lynn Fitch, in the above-described action.

SO ORDERED on this, the 15th day of May, 2024.

_____
U.S. Magistrate Judge