*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

THE STATE OF LOUISIANA, by and through
its Attorney General, Elizabeth B. Murrill,
et al.

Case No.    3:24-cv-00563

Plaintiffs

VS.

U.S. DEPARTMENT OF EDUCATION, et al.

Chief Judge    Terry A. Doughty
Magistrate Judge   Kayla D. McClusky

Defendants

**ORDER**

IT IS ORDERED that <u>Peter M. Torstensen, Jr. </u> be and is hereby admitted to the bar of this

Court pro hac vice on behalf of <u>The State of Montana, by and through its Attorney General, Austin</u>

<u>Knudsen</u> in the above described action.

SO ORDERED on this, the 15th day of May, 2024.

_____
U.S. Magistrate Judge