IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION et al., <br><br> *Defendants*. | No. 24-cv-563 |
| RAPIDES PARISH SCHOOL BOARD, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION et al., <br><br> *Defendants*. | No. 24-cv-567 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Civil Rule 7.8, Defendants respectfully request leave to file a 40 page Consolidated Opposition to the *Louisiana* and *Rapides Parish School Board* Plaintiffs' Motions for a Preliminary Injunction and § 705 Stay. It is Defendants' understanding that the page limit of their Consolidated Opposition is actually 55 pages, the same number of pages that they would have received if they filed separate responses to the *Louisiana* Plaintiffs' and *Rapides Parish School Board* Plaintiffs' Motions. *See* Local Civ. R. 7.8; Order, ECF No. 23 (granting the *Louisiana* Plaintiffs' request for each party to receive five extra pages to their briefs). Because Defendants were able to more efficiently address overlapping issues in their Consolidated Opposition, they

needed only 40 pages. But because the Local Rules technically state that response briefs are limited to 25 pages, in an abundance of caution, Defendants request an extension to 40 pages.

Counsel for all Plaintiffs have indicated that their clients do not oppose this request.

Dated: June 4, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*Benjamin Takemoto*
ELIZABETH TULIS
REBECCA KOPPLIN
BENJAMIN TAKEMOTO
HANNAH SOLOMON-STRAUSS
PARDIS GHEIBI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: 202-305-3246
Fax: (202) 616-8470
E-mail: Pardis.Gheibi@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

Pursuant to Rule 7.4.1 of the Local Civil Rules, I certify that I conferred with counsel for Plaintiffs in this matter to resolve the relevant issues. Counsel stated that they do not oppose this request.

Dated: June 4, 2024

*Benjamin Takemoto*
BENJAMIN TAKEMOTO