UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA<br>By and through its Attorney General,<br>Elizabeth B. Murrill, *et al.*<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*<br>    Defendants. | No. 24-cv-563<br>The Hon. Terry A. Doughty |
| RAPIDES PARISH SCHOOL BOARD,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*<br>    Defendants. | No. 24-cv-567<br>The Hon. Terry A. Doughty |

**[PROPOSED] ORDER**

It is hereby ORDERED that Defendants' Unopposed Motion for Leave to File Excess Pages is GRANTED.

It is SO ORDERED.

_____                  _____
Date                                                       HON. TERRY A. DOUGHTY
                                                            United States District Court Judge