# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:24-CV-00563** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S DEPT OF EDUCATION ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Excess Pages [Doc. No. 36] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is requested to file the proposed pleading [Doc. No. 36-1] into the record of this matter.

MONROE, LOUISIANA, this 5th day of June, 2024.

_____
Terry A. Doughty
United States District Judge