# Supreme Court  State of Idaho

## Certificate of Good Standing

Clerk's Office     )
                        ) ss.
Supreme Court    )

     I, Melanie Gagnepain, Clerk of the Supreme Court of the State of Idaho, do hereby certify that JOSHUA TURNER, on the 5th day of May 2023, was admitted to practice by said Court as an attorney counselor at law in all the courts of this state, and that ever since and now is an attorney in good standing at the Bar of this Court.

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Court at Boise, Idaho, this 5th day of February 2024.

*Melanie Gagnepain*

**Clerk of the Idaho Supreme Court**