*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

THE STATE OF LOUISIANA, by and through
its Attorney General, Elizabeth B. Murrill,
et al.
Plaintiffs

Case No.   3:24-cv-00563

VS.

U.S. DEPARTMENT OF EDUCATION, et al.
Defendants

Chief Judge   Terry A. Doughty
Magistrate Judge   Kayla D. McClusky

**ORDER**

IT IS ORDERED that Joshua N. Turner be and is hereby admitted to the bar of this Court

pro hac vice on behalf of State of Idaho in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge