RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN - 6 2024

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF LOUISIANA, et al.,

    *Plaintiffs,*

v.

U.S. DEPT. OF EDUCATION, et al.,

    *Defendants.*

Case No. 3:24−CV−00563−TAD−KDM
(LEAD)

Case No. 1:24−CV−00567−TAD−JPM
(MEMBER)

Chief Judge Terry A. Doughty
Magistrate Judge Kayla D. McClusky

## MOTION TO APPEAR *PRO HAC VICE* AND TO WAIVE LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULES 83.2.6 AND 82.2.7

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of participating as counsel for proposed *amici curiae* the States of New Jersey, California, and Pennsylvania ("Proposed State Amici")[1] in the above described action:

1.    I am a Deputy Attorney General with the State of New Jersey, Department of Law and Public Safety, Division of Law. I am ineligible to become a member of this Court, but I am a member in good standing of the Bar of the Supreme Court of New Jersey, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

2.    Payment of the applicable fee of $105.00 is enclosed.

---

[1] Proposed State Amici intend to file a Motion for Leave to Appear as Amici Curiae on or about June 12, 2024.

1

3.      There have been no disciplinary proceedings or criminal charges instituted against me.

4.      In accordance with L.R. 83.2.7, I request authorization to appear for the Proposed State Amici without joinder of local counsel. Proposed State Amici are not parties to this action and seek only to file an amicus curiae brief in opposition to Plaintiffs' pending motions for Preliminary Injunction. *See* ECF Nos. 17, 24. Proposed State Amici do not seek party status or oral argument time, but only to file an amicus brief to provide the Court with useful information to aid the Court in resolving the pending motions. Given the minimal involvement of Proposed State Amici in this matter, the obligations and duties of counsel can be fulfilled without the necessity of local counsel. Further, the time and expense required to locate, screen, and educate with local counsel presents a hardship to the Proposed State Amici.

5.      I am experienced in using the CM/ECF system in multiple federal courts and have reviewed the training materials provided on this Court's website. I am have also reviewed and am familiar with this Court's Local Rules.

6.      I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed. R. Civ. P. 77, Fed. R. Civ. P. 49, L.R. 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter out messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be lieu of notice by any other means. I understand it is my responsibility to advice the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

2

Respectfully submitted,

Lauren E. Van Driesen
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ
973-648-2566
Lauren.vandriesen@law.njoag.gov

**Certificate of Service**

I hereby certify that on June 5, 2023, I presented the foregoing Petition for Admission Pro

Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send

notification of such filing to all counsel of record.

Lauren E. Van Driesen
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ
973-648-2566
Lauren.vandriesen@law.njoag.gov