RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN - 6 2024

DANIEL J. McCOY, CLERK
BY:_____

PHILLIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*



**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. Box 116
TRENTON, NJ 08625-0116

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

June 5, 2024

**Via FEDEX**
Daniel J. McCoy, Clerk
Office of the Clerk
United States District Court, Western District of Louisiana
United States Court House
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

    Re:    *State of Louisiana et al. v. U.S. Department of Education, et al.*,
            Case No. 3:24-cv-00563-TAD-KDM (LEAD)
            Case No. 1:24-cv-00597-TAD-JPM (MEMBER)

Dear Mr. McCoy:

This office represents the Proposed Amici States—New Jersey, California, and Pennsylvania ("Proposed Amici States")—in the above-referenced matter.

Enclosed for filing on please find two (2) copies of the Proposed Amici States' Motion for Admission *Pro Hac Vice* and to Waive Local Counsel Requirement Under Local Rules 83.2.6 and 83.2.7, and Proposed Order.

Thank you for your attention to this matter.

                      Sincerely yours,

                      MATTHEW J. PLATKIN
                      ATTORNEY GENERAL OF NEW JERSEY

                      */s/ Lauren Van Driesen*
                      Lauren E. Van Driesen
                      Deputy Attorney General
                      NJ Attorney ID: 201542017

cc: All Counsel of Record (*via email*)



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 815-2835 • FAX: (609) 633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*