**Extremely Urgent**

UPS Next Day Air
Shipping Document
Saver

SHIPMENT FROM
REFERENCE NUMBER: Louisiana v. DOE
DA6 VanDriesen
UPS ACCOUNT NO.: X864W0

EXTREMELY URGENT DELIVERY TO:
STATE OF NJ/DIVISION OF LAW
25 MARKET ST 1ST FL W WING
TRENTON
TELEPHONE: NJ 08625

Daniel J. McCoy, Clerk
Office of the Clerk
United States District Court,
Western District of Louisiana
United States Court House
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

0201952542609 6/12 RRD

United Parcel Service, Louisville, KY

SHIPMENT ID NUMBER: X864 W07C L7F
TRACKING NUMBER: 1Z X86 4W0 23 1028 256 6

UPS Next Day Air
EXTREMELY URGENT
Saver 1P

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN - 6 2024
DANIEL J. McCOY, CLERK
BY: MB

515 MURRAY ST
ALEXANDRIA LA 71301
P: BOTTOM S. OFFICE      I: 015
DTWN—3410
1ZX864W02311028 2566       X
                            2330
CBX2GDU
US 7130     LRALE8B3UDC JUN 6 08:51:12 2024
            HIP 24.3.1     2P45D5

UPS Next Day Air
UPS Worldwide Express
UPS 2nd Day Air
UPS Worldwide Expedited
UPS Ground
UPS Standard
UPS 3 Day Select

010195101  9/20  PAC  United Parcel Service