UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**STATE OF LOUISIANA ET AL**          **CASE NO.   3:24-CV-00563 LEAD**

**VERSUS**                            **JUDGE TERRY A. DOUGHTY**

**U S DEPT OF EDUCATION ET AL**       **MAG. JUDGE KAYLA D. MCCLUSKY**

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The MOTION for Lauren E Van Driesen to Appear Pro Hac Vice   filed on June 06, 2024 by State of California, State of New Jersey, State of Pennsylvania was DEFICIENT for the following reason(s):

- ✓   For attorneys admitted *pro hac vice*, signature or endorsement of local counsel is required. Please refer to LR83.2.6 for more specific requirements.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.