*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, Elizabeth B. Murrill, et al.<br>Plaintiffs | Case No.   3:24-cv-00563 |
| VS.<br>U.S. DEPARTMENT OF EDUCATION, et al.<br>Defendants | Chief Judge   Terry A. Doughty<br>Magistrate Judge   Kayla D. McClusky |

**ORDER**

IT IS ORDERED that Alan Hurst be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>State of Idaho</u> in the above described action.

SO ORDERED on this, the  6th  day of  June , 20 24  .

_____
U.S. Magistrate Judge