# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPT. OF EDUCATION, et al., <br><br> *Defendants*. | Case No. 3:24-CV-00563-TAD-KDM (LEAD) <br><br> Case No. 1:24-CV-00567-TAD-JPM (MEMBER) <br><br> Chief Judge Terry A. Doughty <br> Magistrate Judge Kayla D. McClusky |

## ORDER

IT IS ORDERED that <u>Lauren E. Van Driesen</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of the Proposed State Amici in the above described action.

SO ORDERED on this, the <u>7th</u> day of June, 2024.

_____
U.S. Magistrate Judge

5