# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>*Defendants*. | Case No. 3:24−CV−00563−TAD−KDM (LEAD)<br><br>Case No. 1:24−CV−00567−TAD−JPM (MEMBER)<br><br>Chief Judge Terry A. Doughty<br>Magistrate Judge Kayla D. McClusky |

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO APPEAR AND FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A § 705 STAY AND PRELIMINARY INJUNCTION**

Before the Court is the Motion For Leave To Appear And File A Brief As *Amici Curiae* In Support Of Defendants' Opposition To Plaintiffs' Motion For A § 705 Stay And Preliminary Injunction. The Court, having considered the requests, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The Motion For Leave To Appear And File A Brief As *Amici Curiae* In Support Of Defendants' Opposition To Plaintiffs' Motion For A § 705 Stay And Preliminary Injunction is **GRANTED**.

This _____ day of _____, 2024.

_____
United States District Judge