IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **State of Louisiana**, et al.<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. Department of Education**, et al.,<br><br>*Defendants.* | **No.** 3:24-cv-00563-TAD-KDM (LEAD)<br>**No.** 1:24-cv-00567-TAD-JPM (MEMBER)<br><br>**Judge Terry A. Doughty**<br><br>**Magistrate Judge Kayla D. McClusky** |
| **Rapides Parish School Board**,<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. Department of Education**, et al.,<br><br>*Defendants.* | |

### PLAINTIFF RAPIDES PARISH SCHOOL BOARD'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff Rapides Parish School Board's motion for delay of effective date and motion for preliminary injunction is pending before this Court. Pursuant to Local Civil Rule 7.8, the school board respectfully requests leave to file a reply memorandum over the ten-page limit.

Defendants received a page extension for their consolidated response to the plaintiffs' respective motions for delay of effective date and preliminary injunction. (Doc. No. 37). The consolidated response (Doc. No. 38) is forty pages long, and the vast majority of those pages address arguments raised in the school board's motion. In order to provide a thorough reply brief that is helpful to the Court, the school

1

board requests permission to file a reply 14 pages in length. This is the school board's first request for a page extension in connection with its request for preliminary relief. No party opposes this request for an extension of the page limit.

Respectfully submitted this 11th day of June, 2024.

| | |
|---|---|
| s/ Michael T. Johnson | s/ Natalie D. Thompson |
| **Michael T. Johnson** | **Natalie D. Thompson\*\* (Lead Attorney)** |
| LA Bar No. 14401 | WDLA Temp. Bar No. 918095 |
| **Johnson, Siebeneicher & Ingram** | **Matthew S. Bowman\*** |
| 2757 Highway 28 East | WDLA Temp. Bar No. 913956 |
| Pineville, Louisiana 71360 | **Alliance Defending Freedom** |
| Telephone: (318) 484-3911 | 440 First Street NW, Suite 600 |
| Facsimile: (318) 484-3585 | Washington, DC 20001 |
| mikejohnson@jslawfirm.com | Telephone: (202) 393-8690 |
| | Facsimile: (202) 347-3622 |
| | nthompson@ADFlegal.org |
| | mbowman@ADFlegal.org |

**Julie Marie Blake\***
WDLA Temp. Bar No. 918094
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

\*   *Admitted pro hac vice*
\*\*  *Admitted pro hac vice; practice supervised by members of the D.C. Bar while application is pending*

*Counsel for Plaintiff Rapides Parish School Board*

2

## CERTIFICATE OF CONFERENCE

Natalie D. Thompson, counsel for the school board has conferred with Elizabeth Tulis, counsel for Defendants and with Autumn Hamit Patterson, counsel for Plaintiffs in No. 3:24-cv-00563-TAD-KDM. No party opposes the relief requested in this motion.

s/ Natalie D. Thompson
Natalie D. Thompson
WDLA Temp. Bar No. 918095
*Lead Attorney for Plaintiff Rapides Parish School Board*