# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **State of Louisiana**, et al.<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. Department of Education**, et al.,<br><br>*Defendants.* | No. 3:24-cv-00563-TAD-KDM (LEAD)<br>No. 1:24-cv-00567-TAD-JPM (MEMBER)<br><br>**Judge Terry A. Doughty**<br><br>**Magistrate Judge Kayla D. McClusky** |
| **Rapides Parish School Board**,<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. Department of Education**, et al.,<br><br>*Defendants.* | |

## [PROPOSED] ORDER

Considering the foregoing Unopposed Motion for Leave to File Excess Pages [Doc. No. 48] filed by Plaintiff Rapides Parish School Board,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is requested to file the proposed pleading [Doc. No. 48-1] in the record of this matter.

MONROE, LOUISIANA, this ___th day of June, 2024.

_____
Terry A. Doughty
United States District Judge