# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**STATE OF LOUISIANA ET AL**  CASE NO. 3:24-CV-00563

**VERSUS**  JUDGE TERRY A. DOUGHTY

**U S DEPT OF EDUCATION ET AL**  MAG. JUDGE KAYLA D. MCCLUSKY

## ORDER

Considering the foregoing Motion for Leave to Appear and File Brief as *Amici Curiae* in Support of Defendants' Opposition to Plaintiffs' Motion for a Stay and Preliminary Injunction [Doc. No. 47] filed by the proposed Amici States[1],

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is requested to file the proposed pleading [Doc. No. 47-1] into the record of this matter.

MONROE, LOUISIANA, this 12th day of June, 2024.

_____
Terry A. Doughty
United States District Judge

---

[1] The proposed Amici States are New Jersey, California, Pennsylvania, Colorado, Delaware, District of Columbia, Hawaii, Illinois, Massachusetts, Michigan, Minnesota, New York, Oregon, Rhode Island, Vermont, and Washington.