# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:24-CV-00563** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S DEPT OF EDUCATION ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons set forth in this Court's Memorandum Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motions for Preliminary Injunction [Doc. Nos. 17 and 27] filed by Louisiana Plaintiffs[1] and by Rapides[2] are **GRANTED.**

**IT IS FURTHER ORDERED** that the UNITED STATES DEPARTMENT OF EDUCATION, THE OFFICE OF CIVIL RIGHTS, THE UNITED STATES DEPARTMENT OF JUSTICE, MIGUEL CARDONA, SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION, CATHERINE LHAMON, ASSISTANT SECRETARY OF THE OFFICE OF CIVIL RIGHTS, MERRICK D. GARLAND, ATTORNEY GENERAL OF THE STATES, along with their secretaries, directors, administrators, and employees, **ARE HEREBY ENJOINED AND RESTRAINED from**

---

[1] Louisiana Plaintiffs consists of: State of Louisiana, by and through its Attorney General, Elizabeth B. Murrill; LA Dept. of Education, State of Mississippi, by and through its Attorney General, Lynn Fitch; State of Montana, by and through its Attorney General, Austin Knudsen; State of Idaho, by and through its Attorney General, Raul Labrador; School Board of Webster Parish; School Board of Red River Parish; School Board of Bossier Parish; School Board of Sabine Parish; School Board of Grant Parish; School Board of West Carroll Parish; School Board of Caddo Parish; School Board of Natchitoches Parish; School Board of Caldwell Parish; School Board of Allen Parish; School Board of LaSalle Parish; School Board of Jefferson Davis Parish; School Board of Ouachita Parish; School Board of Franklin Parish; School Board of Acadia Parish; School Board of DeSoto Parish; and School Board of St. Tammany Parish.

[2] Rapides is the School Board of Rapides Parish

**implementing, enacting, enforcing and taking action in any manner to enforce the FINAL RULE**, NONDISCRIMINATION ON THE BASES OF SEX IN EDUCATION PROGRAM ACTIVITIES RECEIVING FINANCIAL ASSISTANCE, 89 Fed. Reg. 33474 (April 29, 2024), which is scheduled to go into effect on August 1, 2024.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the FINAL RULE entitled NONDISCRIMINATION ON THE BASIS OF SEX, IN EDUCATION PROGRAM ACTIVITIES RECEIVING FINANCIAL ASSISTANCE, 89 Fed. Reg. 33474 (April 27, 2024) is **HEREBY ENJOINED AND RESTRAINED** from going into effect on August 1, 2024, pending further orders of the Court.

This Judgment and Injunction is limited to the States of Louisiana, Mississippi, Montana, and Idaho.

**IT IS FURTHER ORDERED** that no security is required to be posted by Louisiana Plaintiffs or Rapides under Federal Rule of Civil Procedure 65.

**IT IS FURTHER ORDERED** that this Preliminary Injunction Order shall remain in effect pending the final resolution of this case, or until further orders from this Court, the United States Court of Appeal, for the Fifth Circuit, or the Supreme Court of the United States.

**IT IS FURTHER ORDERED** that no evidentiary hearing is required at this time.

THUS, DONE AND SIGNED in MONROE, LOUISIANA, this 13th day of June 2024.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**