IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA et al., *Plaintiffs*, v. U.S. DEPARTMENT OF EDUCATION et al., *Defendants*. | No. 24-cv-563 |
| RAPIDES PARISH SCHOOL BOARD, *Plaintiff*, v. U.S. DEPARTMENT OF EDUCATION et al., *Defendants*. | No. 24-cv-567 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Pardis Gheibi, United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned cases on behalf of all Defendants.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)

Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Counsel for the Defendants*