# CERTIFICATE OF GOOD STANDING

## *Katherine Hartley*

This is to certify that Katherine Hartley is an Active Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Ms. Hartley was admitted to the Idaho State Bar by motion on June 2, 2022 and has been an Active member since admission.

_____June 14, 2024_____  
Date

_____[signature]_____  
Diane K. Minnich, Executive Director

**I.B.C.R. 301. Definitions.**

\* \* \*

(i) **Good Standing.** The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.

\* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR  
P. O. Box 895  
Boise, Idaho 83701  
(208) 334-4500  
Fax: (208) 334-2764