UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill; LOUISIANA DEPARTMENT OF EDUCATION; *et al* | ) ) ) ) | Civil Case Action No.: 3:24-cv-00563 |
| PLAINTIFFS | ) ) | Chief Judge: Terry A. Doughty |
| V. | ) ) | |
| U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of Education; *et al* | ) ) ) | Magistrate Judge: Kayla D. McClusky |
| DEFENDANTS | ) | |

### **MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made on behalf of JANICE LORRAH, to be admitted pro hac vice to the bar of this court for the purpose of intervening and appearing on behalf of Pacific Justice Institute in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of The Supreme Court of the State of Colorado. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Mark A. Perkins of the firm of Perkins & Associates, LLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and

have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| PACIFIC JUSTICE INSTITUTE | PERKINS & ASSOCIATES, LLC |
| By: /s/ Janice Lorrah | By: /s/ Mark A. Perkins |
| Janice Lorrah | Mark A. Perkins (Bar No. 18529) |
| Colorado State Bar No. 42917 | |
| Pacific Justice Institute | 670 Albemarle Drive, Suite 1200 |
| T: (302) 379-7249 | Shreveport, Louisiana 71006 |
| Email: jlorrah@pji.org | T: (318) 222-2426 |
| | F: (318) 222-0458 |
| | Email: perkins@perkinsfirm.com |

## Certificate of Service

I hereby certify that on June 20, 2024, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: THE STATE OF LOUISIANA, by and through its Attorney General, Elizabeth B. Murrill; LOUISIANA DEPARTMENT OF EDUCATION; THE STATE OF MISSISSIPPI, by and through its Attorney General, Lynn Fitch; THE STATE OF MONTANA, by and through its Attorney General, Austin Knudsen; THE STATE OF IDAHO, by and through its Attorney General, Raul Labrador; U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION'S OFFICE FOR CIVIL RIGHTS; CATHERINE LAMON, in her official capacity as the Assistant Secretary for Civil Rights; U.S. DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as the Attorney General of the United States.

Respectfully submitted,

PERKINS & ASSOCIATES, LLC

By: __/s/ Mark A. Perkins_____
Mark A. Perkins (Bar No. 18529)

670 Albemarle Drive, Suite 1200
Shreveport, Louisiana 71006
T: (318) 222-2426
F: (318) 222-0458
Email: perkins@perkinsfirm.com

Local Counsel