

# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Janice Lorrah**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **3rd** day of **January** A.D. **2011** and that at the date hereof the said **Janice Lorrah** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **14th** day of **June** A.D. **2024**

*Cheryl Stevens*
Clerk

By *Myra Sanchez*
Deputy Clerk