# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION *et al.*, <br><br> *Defendants*. | No. 24-cv-563 |
| RAPIDES PARISH SCHOOL BOARD, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION *et al.*, <br><br> *Defendants*. | No. 24-cv-567 |

## NOTICE OF APPEAL

NOTICE is hereby given that Defendants United States Department of Education; Miguel Cardona, in his official capacity as Secretary of Education; United States Department of Education's Office for Civil Rights; Catherine Lhamon, in her official capacity as Assistant Secretary for Civil Rights; United States Department of Justice; Merrick B. Garland, in his official capacity as Attorney General of the United States; and Kristen Clarke, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice (together "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from

1

the Court's June 13, 2024, Memorandum Ruling (ECF No. 53) and Judgment (ECF No. 54) granting Plaintiffs' motions for preliminary injunction (ECF Nos. 17 & 27).

Dated: June 24, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Pardis Gheibi*
ELIZABETH TULIS
REBECCA KOPPLIN
BENJAMIN TAKEMOTO
HANNAH SOLOMON-STRAUSS
PARDIS GHEIBI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 24, 2024, the above document was filed with the CM/ECF filing system.

_/s/ Pardis Gheibi_