**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION *et al.*,<br><br>     *Defendants*. | No. 24-cv-563 |
| RAPIDES PARISH SCHOOL BOARD,<br><br>     *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION *et al.*,<br><br>     *Defendants*. | No. 24-cv-567 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for a Partial Stay Pending Appeal, IT IS HEREBY ORDERED that the Motion is GRANTED. The preliminary injunction entered in the Court's June 13, 2024, Memorandum Ruling (ECF No. 53) and Judgment (ECF No. 54) is hereby stayed pending Defendants' appeal thereof to the United States Court of Appeals for the Fifth Circuit, except as to the following provisions of the 2024 Rule: (i) 34 C.F.R. § 106.31(a)(2), and (ii) the "hostile environment harassment" definition in 34 C.F.R. § 106.2, as applied to discrimination on the basis of gender identity.

1

DATE: _____        _____
                                    HON. TERRY A. DOUGHTY
                                    UNITED STATES DISTRICT JUDGE