UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill, et al | Civil Case Action No.: 3:24-cv-00563 |
| PLAINTIFFS | |
| Vs. | Judge: Terry A. Doughty |
| U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of Education, et al | Magistrate Judge: Kayla D. McClusky |
| DEFENDANTS | |

## ORDER

IT IS ORDERED that Katherine I. Hartley, Idaho State Bar No. 11837 be and she is hereby admitted to the bar of this Court pro hac vice to intervene and appear on behalf of Pacific Justice Institute in the above-described action.

SO ORDERED on this, the 24th day of June, 2024.

_Kayla D. McClusky_
U.S. Magistrate Judge

4