MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT JUDGE
June 26, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CASE NO. 3:24-CV-00563 LEAD |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| U S DEPT OF EDUCATION ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

On June 24, 2024, Defendants filed a Motion to Stay Order on Motion for Preliminary Injunction [Doc. No. 59].

Plaintiffs shall have until Monday, July 1, 2024, at 5:00 p.m. C.D.T. to file a Response. Defendants may file a Reply by Wednesday, July 3, 2024, at 5:00 p.m. C.D.T.

                                      TAD

