IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION *et al.*, <br><br> *Defendants*. | No. 24-cv-563 |
| RAPIDES PARISH SCHOOL BOARD, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION *et al.*, <br><br> *Defendants*. | No. 24-cv-567 |

**ORDER**

Upon consideration of Defendants' Unopposed Motion for an Extension of Time, IT IS HEREBY ORDERED that the Motion is GRANTED. The Defendants' deadline to respond to Louisiana Plaintiffs' Complaint is extended until July 22, 2024. The Defendants' deadline to respond to Rapides Parish School Board's Complaint is extended until July 22, 2024.

DATE: June 27, 2024

_____
HON. KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE