IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| The State of Louisiana; Louisiana Department of Education; The State of Mississippi; The State of Montana; The State of Idaho,<br>        *Plaintiffs*,<br><br>and<br><br>Ella Woodall, an individual; M.C. and J.C., by their mother, Kara Claridge; and Kara Claridge, Individually<br>        *Proposed Intervenor-Plaintiffs*,<br><br>v.<br><br>Miguel Cardona, in his official capacity as Secretary of Education; and United States Department of Education,<br>        *Defendants*. | Case No. 3:24-cv-00563<br><br><br><br><br>Judge Terry A. Doughty<br><br><br><br><br><br><br>Magistrate Judge Kayla D. McClusky |

## ORDER GRANTING INTERVENOR-PLAINTIFFS' (MOVERS) MOTION TO WITHDRAW MOTION TO INTERVENE

This matter is before the Court on Intervenor-Plaintiffs' (Movers) Motion to Withdraw their Motion to Intervene.

IT IS HEREBY ORDERED that Intervenor-Plaintiffs' (Movers) Motion to Withdraw their Motion to Intervene is GRANTED. This **12**th day of July, 2024.

*/s/ Kayla D. McClusky*

MAGISTRATE JUDGE, KAYLA D. MCCLUSKY