**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA et al.,<br><br>      *Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION et al.,<br><br>      *Defendants.* | No. 24-cv-563 |
| RAPIDES PARISH SCHOOL BOARD,<br><br>      *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION et al.,<br><br>      *Defendants.* | No. 24-cv-567 |

## <u>SCHEDULING ORDER</u>

It is hereby ORDERED that the following schedule is entered:

1. The deadline for Defendants' responsive pleadings is held in abeyance.

2. The Department of Education must produce the administrative record to Plaintiffs by September 20, 2024, or concurrently with its production in connection with any other case challenging the same agency action, whichever is soonest.

3. The parties must file a joint status report with a proposal for further proceedings, including a responsive pleading deadline, if appropriate, within 14 days of the production of the administrative record.

Dated: 07/18/2024

KAYLA DYE MCCLUSKY
United States Magistrate Judge