UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:24-CV-00563 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S DEPT OF EDUCATION ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER

Considering the foregoing Joint Motion (R. Doc. 77),

It is hereby ORDERED that the deadline for Defendants' responsive pleadings is December 6, 2024.

MONROE, LOUISIANA, this 7th day of October, 2024.

_____
Terry A. Doughty
United States District Judge