# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 21, 2024
Lyle W. Cayce
Clerk

_____

No. 24-30399
_____

State of Louisiana, *by and through its Attorney General, Elizabeth B. Murrill*; Louisiana Department of Education; State of Mississippi, *by and through its Attorney General, Lynn Fitch*; State of Montana, *by and through its Attorney General, Austin Knudsen*; State of Idaho, *by and through its Attorney General, Raul Labrador*; School Board of Webster Parish; School Board of Red River Parish; School Board of Bossier Parish; School Board Sabine Parish; School Board of Grant Parish; School Board of West Carroll Parish; School Board of Caddo Parish; School Board of Natchitoches Parish; School Board of Caldwell Parish; School Board of Allen Parish; School Board LaSalle Parish; School Board Jefferson Davis Parish; School Board of Ouachita Parish; School Board of Franklin Parish; School Board of Acadia Parish; School Board of Desoto Parish; School Board of St. Tammany Parish; All Plaintiffs,

*Plaintiffs—Appellees*,

versus

United States Department of Education; Miguel Cardona, *in his official capacity as Secretary of Education*; Office for Civil Rights, *United States Department of Education*; Catherine Lhamon, *in her official capacity as the Assistant Secretary for Civil Rights*; United States Department of Justice; Merrick B. Garland, *in his official capacity as the Attorney General of the United States*; Kristen Clarke, *in her official capacity as Assistant Attorney General for the Civil Rights Division of United States Department of Justice*,

*Defendants—Appellants*.

_____

Sᴄʜᴏᴏʟ Bᴏᴀʀᴅ Rᴀᴘɪᴅᴇs Pᴀʀɪsʜ,

*Plaintiff—Appellee*,

*versus*

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Dᴇᴘᴀʀᴛᴍᴇɴᴛ ᴏғ Eᴅᴜᴄᴀᴛɪᴏɴ; Mɪɢᴜᴇʟ Cᴀʀᴅᴏɴᴀ, *in his official capacity as Secretary of Education*; Cᴀᴛʜᴇʀɪɴᴇ Lʜᴀᴍᴏɴ, *in her official capacity as the Assistant Secretary for Civil Rights*; Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Dᴇᴘᴀʀᴛᴍᴇɴᴛ ᴏғ Jᴜsᴛɪᴄᴇ; Mᴇʀʀɪᴄᴋ B. Gᴀʀʟᴀɴᴅ, *in his official capacity as the Attorney General of the United States*; Kʀɪsᴛᴇɴ Cʟᴀʀᴋᴇ, *in her official capacity as Assistant Attorney General for the Civil Rights Division of United States Department of Justice*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:24-CV-563
USDC No. 1:24-CV-567

_____

ORDER:

IT IS ORDERED that the unopposed motion of *amicus curiae* America First Legal Foundation to file a corrected brief is GRANTED.

Lʏʟᴇ W. Cᴀʏᴄᴇ, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

October 21, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-30399    State of Louisiana v. EDUC
                      USDC No. 3:24-CV-563
                      USDC No. 1:24-CV-567

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn Johnson, Deputy Clerk
                          504-310-7998

Mr. Jorge Benjamin Aguinaga
Ms. Jessica Ring Amunson
Ms. Martha Astor
Ms. Julie Marie Blake
Mr. William Bock III
Ms. Lauren Adams Bone
Mr. Matthew Borden
Mr. Matthew Scott Bowman
Ms. Cory Jennifer Brewer
Mr. Nicholas J. Bronni
Mr. John J. Bursch
Ms. Tabitha Cohen
Mr. Christian Brian Corrigan
Mr. Donald Albert Daugherty Jr.
Mr. Kory James DeClark
Ms. Deborah Jane Dewart
Mr. Richard M. Esenberg
Mr. Benjamin Michael Flowers
Ms. Madeline Gitomer
Ms. Kaitlyn Golden
Mr. Alan M. Hurst
Mr. Dylan L. Jacobs
Mr. Michael T. Johnson
Mrs. Sylvia May Mailman
Mr. Justin Lee Matheny
Mr. Daniel J. McCoy
Mr. Ronald Lee Miller
Mr. Christopher Ernest Mills
Mr. Walker Moller

```
Ms. Amanda I. Morejon
Mr. Daniel I. Morenoff
Mr. Steven Andrew Myers
Mr. Robert Niles-Weed
Ms. Victoria S. Nugent
Mr. William Jeffrey Olson
Ms. Autumn Hamit Patterson
Ms. Melissa Nicole Patterson
Mr. David Peters
Mr. Jonathan Andrew Scruggs
Mr. Tracy Short
Mr. Jack Starcher
Mr. Jonathan Theodore Sternberg
Mr. Scott G. Stewart
Mr. Benjamin Thomas Takemoto
Mr. David H. Thompson
Ms. Natalie Deyo Thompson
Ms. Camille Peeples Varone
Mr. Paul Friedrich Zimmerman
```

P.S. Mr. Mills: In light of this court's order, you are advised that must submit (7) paper copies of your corrected amicus brief required by 5th Cir. R. 31.1 within 3 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.