# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 03, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-30399   State of Louisiana v. EDUC
                 USDC No. 3:24-CV-563
                 USDC No. 1:24-CV-567

The court has granted the motion of Nicholas J. Bronni to withdraw
as counsel in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Jorge Benjamin Aguinaga
Ms. Jessica Ring Amunson
Ms. Martha Astor
Ms. Julie Marie Blake
Mr. William Bock III
Ms. Lauren Adams Bone
Mr. Matthew Borden
Mr. Matthew Scott Bowman
Ms. Cory Jennifer Brewer
Mr. Nicholas J. Bronni
Mr. John J. Bursch
Ms. Tabitha Cohen
Mr. Christian Brian Corrigan
Mr. Donald Albert Daugherty Jr.
Mr. Kory James DeClark
Ms. Deborah Jane Dewart
Mr. Richard M. Esenberg
Mr. Benjamin Michael Flowers
Ms. Madeline Gitomer
Ms. Kaitlyn Golden
Mr. Mathew Hoffmann
Mr. Alan M. Hurst
Mr. Dylan L. Jacobs
Mr. Michael T. Johnson
Mrs. Sylvia May Mailman
Mr. Justin Lee Matheny
Mr. Daniel J. McCoy
Mr. Ronald Lee Miller

Mr. Christopher Ernest Mills
Mr. Walker Moller
Ms. Amanda I. Morejon
Mr. Daniel I. Morenoff
Mr. Steven Andrew Myers
Mr. Robert Niles-Weed
Ms. Victoria S. Nugent
Mr. William Jeffrey Olson
Ms. Autumn Hamit Patterson
Ms. Melissa Nicole Patterson
Mr. David Peters
Mr. Jonathan Andrew Scruggs
Mr. Tracy Short
Mr. Jack Starcher
Mr. Jonathan Theodore Sternberg
Mr. Scott G. Stewart
Mr. Benjamin Thomas Takemoto
Mr. David H. Thompson
Ms. Natalie Deyo Thompson
Ms. Camille Peeples Varone
Mr. Paul Friedrich Zimmerman