# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 14, 2025
Lyle W. Cayce
Clerk

No. 24-30399

STATE OF LOUISIANA, *by and through its Attorney General, Elizabeth B. Murrill*; LOUISIANA DEPARTMENT OF EDUCATION; STATE OF MISSISSIPPI, *by and through its Attorney General, Lynn Fitch*; STATE OF MONTANA, *by and through its Attorney General, Austin Knudsen*; STATE OF IDAHO, *by and through its Attorney General, Raul Labrador*; SCHOOL BOARD OF WEBSTER PARISH; SCHOOL BOARD OF RED RIVER PARISH; SCHOOL BOARD OF BOSSIER PARISH; SCHOOL BOARD SABINE PARISH; SCHOOL BOARD OF GRANT PARISH; SCHOOL BOARD OF WEST CARROLL PARISH; SCHOOL BOARD OF CADDO PARISH; SCHOOL BOARD OF NATCHITOCHES PARISH; SCHOOL BOARD OF CALDWELL PARISH; SCHOOL BOARD OF ALLEN PARISH; SCHOOL BOARD LASALLE PARISH; SCHOOL BOARD JEFFERSON DAVIS PARISH; SCHOOL BOARD OF OUACHITA PARISH; SCHOOL BOARD OF FRANKLIN PARISH; SCHOOL BOARD OF ACADIA PARISH; SCHOOL BOARD OF DESOTO PARISH; SCHOOL BOARD OF ST. TAMMANY PARISH; ALL PLAINTIFFS,

*Plaintiffs—Appellees*,

*versus*

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, *Secretary, U.S. Department of Education*; OFFICE FOR CIVIL RIGHTS, *United States Department of Education*; CATHERINE LHAMON, *in her official capacity as the Assistant Secretary for Civil Rights*; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, *in his official capacity as the Attorney General of the United States*; KRISTEN CLARKE, *in her official capacity as Assistant Attorney General for the Civil Rights Division of United States Department of Justice*,

No. 24-30399

*Defendants—Appellants*,

---

SCHOOL BOARD RAPIDES PARISH,

*Plaintiff—Appellee*,

*versus*

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, *Secretary, U.S. Department of Education*; CATHERINE LHAMON, *in her official capacity as the Assistant Secretary for Civil Rights*; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, *U.S. Attorney General*; KRISTEN CLARKE, *in her official capacity as Assistant Attorney General for the Civil Rights Division of United States Department of Justice*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:24-CV-563
USDC No. 1:24-CV-567

---

UNPUBLISHED ORDER

Before SMITH, WILLETT, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the joint motion to dismiss the appeal under Federal Rule of Appellate Procedure 42(b)(1) is GRANTED. The appeal is DISMISSED with prejudice. Each party bears its own costs.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 20, 2025

Mr. Daniel J. McCoy
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 24-30399    State of Louisiana v. EDUC
                              USDC No. 3:24-CV-563
                              USDC No. 1:24-CV-567

Dear Mr. McCoy,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Roeshawn Johnson, Deputy Clerk
                            504-310-7998

cc:  Mr. Jorge Benjamin Aguinaga
     Ms. Jessica Ring Amunson
     Ms. Martha Astor
     Ms. Julie Marie Blake
     Mr. William Bock III
     Ms. Lauren Adams Bone
     Mr. Matthew Borden
     Mr. Matthew Scott Bowman
     Ms. Cory Jennifer Brewer
     Mr. John J. Bursch
     Ms. Tabitha Cohen
     Mr. Christian Brian Corrigan
     Mr. Donald Albert Daugherty Jr.
     Mr. Kory James DeClark
     Ms. Deborah Jane Dewart
     Mr. Jeremiah G. Dys
     Mr. Richard M. Esenberg
     Mr. Benjamin Michael Flowers
     Ms. Madeline Gitomer

```
Ms. Kaitlyn Golden
Mr. Mathew Hoffmann
Mr. Alan M. Hurst
Mr. Dylan L. Jacobs
Mr. Michael T. Johnson
Mrs. Sylvia May Mailman
Mr. Justin Lee Matheny
Mr. Ronald Lee Miller
Mr. Christopher Ernest Mills
Mr. Walker Moller
Ms. Amanda I. Morejon
Mr. Daniel I. Morenoff
Mr. Steven Andrew Myers
Mr. Robert Niles-Weed
Ms. Victoria S. Nugent
Mr. William Jeffrey Olson
Ms. Melissa Nicole Patterson
Mr. David Peters
Mr. Jonathan Andrew Scruggs
Mr. Tracy Short
Mr. Jack Starcher
Mr. Jonathan Theodore Sternberg
Mr. Scott G. Stewart
Mr. Benjamin Thomas Takemoto
Mr. David H. Thompson
Ms. Natalie Deyo Thompson
Mr. Paul Friedrich Zimmerman
```