# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:24-CV-00563 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **US DEPT OF EDUCATION ET AL** | **MAG. JUDGE MCCLUSKY** |

## ORDER

Considering the foregoing Motion to Stay (ECF No. 91),

It is hereby **ORDERED** that the proceedings in this case are **STAYED** pending resolution of *Carroll Ind. Sch. Dist. v. U.S. Dep't of Educ.*, No. 4:24-cv-00461-O (N.D. Tex.) and *Tennessee v. Cardona*, No. 2:24-072-DCR (E.D. Ky.).

**MONROE, LOUISIANA**, this 1st day of May, 2025.

_____
Terry A. Doughty
United States District Judge