UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>    *Defendants*. | Case No. 3:24-cv-563-TAD-KDM |

**ORDER**

On this date, the Court considered Plaintiff State of Montana's Unopposed Motion to Withdraw Peter M. Torstensen, Jr. as counsel of record. After considering the Motion, this Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Peter M. Torstensen, Jr. is hereby withdrawn as counsel of record for State of Montana.

SO ORDERED

Dated: 06/04/25

_____
U.S. Magistrate Judge